1                    Moller-Foley

2    your dog.  I believe it's your dog" and they

3    said "No, it's not our dog.  My dog has a

4    different color."  Blah blah, blah. So in my

5    mind by then was June something -- was two or

6    three weeks later.

7         Q.  Two or three weeks after the 11th when

8    they knocked on your door?

9         A.  Yeah, when I mentioned this past three

10   weeks and I asked him did you went to see it?

11   Oh, no, no, no, no because I know it's not the

12   same one.  So I had a friend with me that day

13   in my car and she said to me, "What do you

14   think?" I said, "I think they are too lazy.

15   They don't care about the dog. Could you take

16   me to the shelter?" She says, "Yes."  So she

17   drove me to 110.  It was a Friday.  I don't

18   know if it was the 19th or the 21st.

19        Q.  Of June?

20        A.  Of June.

21        Q.  What was the name of the shelter?

22        A.  I know it's 110th Street -- 325 West

23   110th Street.

24        Q.  In the Bronx?

25        A.  I would say Manhattan.  I think in



Moller-Foley

1
2    Manhattan.

3         Q.   Who drove you to the shelter?

4         A.   The name of the person is Susan

5    Escalante -- Susan.   Here's the papers of the

6    receipts.

7         Q.   I'll get to that in a second.   I want

8    to find out what happened when you got to the

9    shelter.   What happened when you got to the

10   shelter?

11        A.   When I got to the shelter and I showed

12   the pictures and they say that dog is gone, I

13   said "What do you mean it's gone?   If it's in

14   the internet -- what do you mean?"   He says,

15   "Oh, no, he's going to be put to sleep

16   tomorrow."   I'm talking we are here, Friday

17   6:00, 6:30 in the afternoon -- evening.   He

18   says he's ready to be put down tomorrow.

19        Q.   What did you do next?

20        A.   I don't want to say this, but I said,

21   "Why?"   I said "Why?   What you gonna put to

22   sleep?"   He says because nobody claim him and

23   the dog is sick and we keep him for so long and

24   we are overcrowded.   Exactly those are the

25   wording. We are overcrowded so shelter they



1                           Moller-Foley

2    don't keep it more than three days.

3        Q.   Did they say when they had first got

4    the dog?

5        A.   No. I didn't ask them, but later on I

6    found out they got it on the 10th, between the

7    10th and 11th of June.

8        Q.   Did they say where they got the dog

9    from?

10       A.   They were very careful. They say it was

11   a stray dog.  A stray dog when someone drop the

12   dog over there.

13       Q.   They said that someone dropped the dog

14   at the shelter?

15       A.   Yes.

16       Q.   What else did they say?

17       A.   Nothing.  They didn't want to give any

18   more information.  Whatever information I had

19   later on was because other neighbors when they

20   found out of the accusation against me, she

21   explained how the dog ended up there over

22   there.

23       Q.   After they told you that they were

24   going to put the dog to sleep, did you make any

25   decisions after that?



```
 1                    Moller-Foley

 2        A.  No. I was upset. I went back to the

 3   house and I told them -- oh, I request to see

 4   the pet.  I request to see the pet, so they

 5   showed me the pet and the pet was so scruffy

 6   and shivering and I said, I think this is the

 7   dog that they say they can't find.  So I went

 8   back home.  My friend Susan drove me over.

 9            I told them about the dog was going to

10   be put to sleep the next day and they say, "No,

11   they keep him for a month.  No, no, no, they

12   keep him for a month." I said, "You don't

13   understand.  They say they are overcrowded.

14   He's already with the number and everything to

15   be put to sleep" and then they say, "Well, I

16   don't have the money."

17        Q.  They didn't have the money for what?

18        A.  To pick up the dog from the shelter.

19   So I said to Jason, I did this.  I have to show

20   you (indicating).  Jason, take it as a Father's

21   Day.  I give you the money go and get it.  You

22   have the papers.  Show the papers.  You're the

23   owner.

24        Q.  What papers did Jason have?

25        A.  The ownership paper that he says all
```



1                          Moller-Foley

2    along that he has and he never provide.

3         Q.  Did you ever see those papers?

4         A.  No. He never had any papers.

5         Q.  Do you know if Jason ever went to the

6    shelter to get the dog?

7         A.  No, he never went.

8         Q.  Did you ever go back to the shelter?

9         A.  Many times.  They know me and they feel

10   so sorry for what I've been going through.

11        Q.  Did you ever bring that dog home?

12        A.  No. I couldn't bring it home because

13   the dog was sick.  It need antibiotic, so when

14   I went back the same Friday after telling Jason

15   that the dog was going to be put to sleep and

16   he told me that he was going to talk to his

17   mother for the papers, I said, "What papers?

18   You're no longer the owner.  You have to go and

19   pay all over again to retrieve that dog."  He

20   says, "No, no, no. They keep it a month."

21            So when he didn't listen to me.  My

22   friend Susan says, "What you gonna do?" I say,

23   "Let's go back." So we went back.  By then it

24   was 7:30, 8 o'clock. I told them, I said

25   listen, this is what I've been told by the



                         Moller-Foley

2   people who said that they own the dog. "Did

3   they give you the papers?" I said, "No, they

4   say they don't have the papers with them."

5        They said "Well, once the dog gets to

6   the shelter, they lose ownership.  They don't

7   have no right." So I said to them "I don't want

8   him to be put to sleep." He says "Well, the

9   only way you can have him is if you adopt him

10  and you sign a waiver and you pay all the

11  expenses."

12  Q.   Did you do that?

13  A.   Yes, I did. I have all the receipts.

14  Q.   Can I see the receipts?

15       (Witness complies.)

16  A.   And then they told me but you cannot

17  take him because he need -- the doctor have to

18  give you the okay and I'm quite sure he need

19  antibiotic because he has some sort of cough or

20  bronchitis.

21       MS. SHWARTZ:  Okay.  The claimant

22            has provided a receipt for New York

23            City dog license transacted on June 19,

24            2011. Permit No. 170952 within the name

25            of the owner is Myriam Moller-Foley.

```
 1                    Moller-Foley

 2          Showing that eight dollars and fifty

 3          cents was received for the license.

 4              THE WITNESS:  And here,

 5          (indicating).  This is important. All

 6          those -- that is very important and

 7          those two.

 8              MS. SHWARTZ:  Okay.  The claimant

 9          has provided a copy of an e-mail from

10          Melissa Weber at Animal Care and

11          Control of New York City stating that

12          the claimant, Myriam Moller is the

13          adopter of the dog, No. A900088 and

14          additionally list a microchip number.

15          _   Let the record reflect that the dog

16          was adopted on June 20th, 2011.  So

17          again, the license and adoption.

18          You've showed me what's titled, "an

19          adoption agreement" showing that you've

20          agreed to adopt a two year-old male tan

21          and gray terrier.  Is that your

22          signature on the bottom of the page?

23              THE WITNESS:  Yes, that's my

24          signature.

25              MS. SHWARTZ:  I'm going to keep
```

```
 1                    Moller-Foley
 2          this to the side.  Can I make copies at
 3          the end?
 4               MR. COHEN:  Sure, of course.
 5      Q.  We have an additional receipt from
 6  Animal Care and Control of New York For $100.
 7  It says for a deposit, was that --
 8      A.  Yeah it was -- the day they arrest me
 9  was the day I was supposed to take the dog to
10  be fixed and because I never fixed my pets
11  ever, never and I told the shelter I said, "I
12  don't fix my pets.  I'm against that," and they
13  say "Well, the only way you can adopt the pet
14  is if you pay the hundred dollars and you have
15  to bring him over here because it's mandatory.
16  Any pets coming out from the shelter, they have
17  to be fixed."
18      Q.  So was this hundred dollars for the
19  fixes?
20      A.  For that purpose and this is for the
21  vaccination of whatever was needed at that
22  moment.
23               MS. SHWARTZ:  I've also been
24          provided with a copy of another receipt
25          from Animal Care and Control of New
```

```
 1                    Moller-Foley
 2          York for the adoption cost of sixty
 3          five dollars.  The license for eight
 4          fifty and a tablet of medicine for ten
 5          dollars for total of eighty three
 6          fifty.
 7     Q.  After you paid for everything and you
 8  got the paperwork, you left the dog because he
 9  was sick, correct?
10     A.  Yeah, they told me that he need the
11  pass from the doctor because he had this cough
12  and this bronchitis so the dog stayed there for
13  a good four to five days more.
14     Q.  And what happened after those four or
15  five days?
16     A.  After four or five days, my friend
17  Susan drove me over.
18     Q.  And what happened when you got to the
19  shelter after that time?
20     A.  Before that day when this happened when
21  I did have all my papers, I went out and bought
22  a blanket and a bed and went inside the shelter
23  and I make sure that he was sleeping in a clean
24  bed because of the cold -- of the bronchitis he
25  need to be warm.  So when I pick up the dog
```



```
1                      Moller-Foley
2     after four or five days, my friend Susan drove
3     me home. This was around noontime.
4          Q.   Okay.   Did you bring the dog back to
5     your house?
6          A.   Yes, and I put it in a kennel.
7               MR. COHEN:  Not an outside kennel.
8          A.   A kennel half of this size
9     (indicating).
10         Q.   The cage or the fence?
11         A.   Yeah, sort of a cage because he was
12    sick. I didn't want my other pets to become
13    sick.
14         Q.   At any time after you finally brought
15    the dog home did Jason ever come back to your
16    part of the apartment and ask about the dog?
17         A.   No. He never went inside of my
18    apartment because I very picky of who I allow
19    inside my house, but his mother showed up with
20    a group of relatives and I think she show up
21    the same evening or the evening after I brought
22    the dog home.
23              So I showed the papers and I said,
24    "Listen to save the life of the dog, I have to
25    adopt him.  I don't want the money, but I want
```



1                    Moller-Foley

2    your paper signed -- notarized paper that you

3    taking the dog and you change the name because

4    right now if something happen to the dog, I'm

5    liable for it."

6            "Well, I have to look for the papers."

7    I said, "What papers?  Whatever you had before

8    they're meaningless.  This is the paper that

9    the dog has."

10       Q.  Did she ever sign any paperwork for

11    you?

12       A.  No, she didn't. She kept insisting that

13    she has papers and I said those papers they're

14    no longer valid. So by that time we were not

15    talking because everything came with wording

16    calling names and everything.

17            So I said listen -- just one person --

18    it was a male.  I don't know the relationship

19    to Mr. Jaime, I said, "Listen, you give me a

20    notarized paper that you take the dog back and

21    you are the owner, you have the dog in a

22    second, but right now --"

23       Q.  And you never received that paper?

24       A.  Never received that paper.

25       Q.  When was the next time you heard

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



```
1                    Moller-Foley
2    anything from anybody regarding this dog?
3         A.   The day they arrest me.
4         Q.   Who arrested you?
5         A.   Well, they knocked my door -- it was
6    funny.  I was in the window and it was three or
7    four cruisers and I was wondering why so many
8    cruisers because the house is in the corner. So
9    all of a sudden, since the bell doesn't work, I
10   hear knocking.  So I opened the door and this
11   officer says to me, "Do you have pets?" I said,
12   "Yes, yes, I have pets."  "May I see them?"
13   "Sure."
14              So, like I say, they have to go a step.
15   They have to go about ten steps because I'm in
16   the middle of the building. So they went in,
17   they saw my cat, they saw my big dog, my
18   Labrador German Shepherd and he says "What
19   other dog do you have?" I said, "I have one
20   sick pet in the kennel."
21        Q.   What was the date that this happened
22   that they came to your house?
23        A.   July 14th.
24        Q.   Did they go out and see the dog in the
25   kennel?
```

Reporter's Ink, Corp.    90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



```
 1                      Moller-Foley
 2        A.   There were so many officers inside the
 3   house, so many officers.
 4        Q.   How many officers were inside the
 5   house?
 6        A.   About nine.
 7        Q.   Did they all have uniforms on?
 8        A.   They all had uniforms. They all had an
 9   attitude.  They said to me, "You're gonna be
10   arrested"  One says, "You're gonna be
11   arrested."  The other one says, "You're gonna
12   be charged with felony" and I look at both of
13   them and I said, "Why?  What happened wrong?"
14   "For stolen property."  I said, "I never stoled
15   in my life." "Yes, you did.  Yes, you did."
16        Q.   Did they ever say what they were
17   referring to?
18        A.   So I went and go downstairs to look for
19   these people from the basement and they push me
20   and said, "You stay here.  Don't even move."
21        Q.   Who pushed you?
22        A.   One of the officers.  He says, "And
23   don't say one word because I'm gonna handcuff
24   you."  So they went downstairs and they left me
25   with three officers guarding me in my house.
```



1                          Moller-Foley

2        Q.   Were you handcuffed yet?

3        A.   Not yet, no, and I see these people

4    downstairs talking to the other people, Jaime

5    and the woman upstairs that's supposed to be

6    the witness for me stealing the dog and they

7    were talking, talking, talking, but never asked

8    me anything to me.

9             So they come back and they say,

10   "Where's the dog now?"  I said, "I told you,

11   it's right there in the kennel"  So they walk

12   in.  They took the dog and one officer went

13   downstairs and handed the dog to Mr. Jaime and

14   the other one upstairs says, "Turn around".  I

15   said, "Why?"  "Turn around".  I say, "I have to

16   take my pills my -- I was this distance from my

17   pills.  There was the water, my blood pressure

18   pills and all the things that I have.  They

19   didn't allow to take that.  They didn't allow

20   for to make a call to my attorney.  As a matter

21   of fact when I did that to call, Mr. Miller --

22             MR. COHEN:  Not me the other one.

23        A.   -- another attorney they didn't want to

24   talk to Mr. Miller and the guy picked up the

25   phone from me and tossed it out to the couch,



                          Moller-Foley

1

2    tossed it out to the couch and says "Turn

3    around" and they put me like that.

4         Q.   They had put handcuffs on you behind

5    your back?

6         A.   Behind my back.

7         Q.   Did you say that the officer took the

8    dog out of the kennel and handed it back to Mr.

9    Jaime?

10        A.   Yes, they did.   They took themself --

11   the -- they didn't allow me to even close my

12   door.   Make sure that my house was locked.

13        Q.   Was your son home when this happened?

14        A.   No.   My son work for the MTA and he had

15   shift and normally he work double shift, like

16   today.   He did work last night double shift.

17        Q.   What is Mr. Miller's first name, your

18   attorney?

19        A.   Charles.

20        Q.   After the officers handcuffed you,

21   where did they take you?

22        A.   When they about to handcuff me, I

23   started screaming and I said, "Look at the

24   table there, the paper"  The same paper, all

25   this because they were on the table in the



```
 1                     Moller-Foley
 2   living room.
 3        Q.  All the papers we just talked about?
 4        A.  Yeah, and this officer just took this
 5   and said "Oh, this is bogus" and tossed it out
 6   in the front and twist my arm and then handcuff
 7   me, "Let's go.  Let's go.  Let's go."
 8        Q.  Once you were handcuffed, where did
 9   they take you to?
10        A.  I will say dragged me to the car, the
11   cruiser and they put me there and they kept me
12   there in the cruiser for a good 45 minutes
13   while they were talking to the people
14   downstairs and upstairs.
15        Q.  After those 45 minutes were up, did
16   they take you anywhere?
17        A.  After those 45 minutes they started
18   driving toward the precinct and then one of the
19   officers says, "I don't have the keys for the
20   handcuff because they're the old kind with the
21   plastic thing"  So the guy who was driving
22   says, "Well, let's go over there to the store"
23   So they drove me to a store in East Tremont, to
24   a store where they have police badges and
25   police things and they left me handcuffed
```



```
 1                      Moller-Foley
 2    inside waiting while the two of them went
 3    inside and then come back and trying to take it
 4    and they couldn't, so they were very upset and
 5    then what happens -- I don't know if it's true
 6    or not, but they say happens that this guy from
 7    Vermont -- an officer from State of Vermont was
 8    there buying something and give him an extra
 9    key because since -- he told them that's the
10    old way, you can't find a key anymore for those
11    handcuffs.
12        Q.  How long did they leave you alone in
13    the car for?
14        A.  In front of my house 45 minutes and
15    over there in front of the store I will say
16    another 45 minutes, another hour.
17        Q.  After that time was up, where did they
18    bring you to?
19        A.  To the precinct.
20        Q.  Do you know what precinct you went to?
21        A.  45th.
22        Q.  When you got to the 45th Precinct,
23    where's the first place in the precinct that
24    they brought you to?
25        A.  The first thing they did they parade me
```



```
 1                        Moller-Foley
 2    in front of everyone that was there.
 3                 MS. SHWARTZ:  Do you want to take a
 4          break?  You want some water?
 5                 THE WITNESS:  No.
 6       A.  They took me like I was for a show.
 7    "Here it is, this old lady, the one who steal
 8    dog.  You want to see it?"  So everyone who
 9    came in, they want to look at me, "Hey, so
10    you're the one who steal dog.  What you gonna
11    do with them?  Sell them?"
12       Q.  Were you in a jail cell or sitting on a
13    chair?
14       A.  At the beginning they had me in sort of
15    a hallway, but handcuffed here and in front was
16    the cell.  The cell that was empty, so after a
17    while they put me inside that cell still
18    handcuffed -- still handcuffed.
19       Q.  When you went inside the cell, they
20    left the handcuffs on?
21       A.  Yes, yes.  They kept me handcuffed.
22       Q.  The whole time you were in the cell,
23    did you have the handcuffs on?
24       A.  The whole time. The whole time and the
25    whole time you have one by one different
```

Reporter's Ink, Corp. 90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



1                          Moller-Foley

2     officers coming in and make a remark of me

3     because they had a blast and then all of a

4     sudden I don't know how long -- an hour, two

5     hours -- they brought two black guys that they

6     handcuffed where I used to be handcuffed and

7     then another officer, the one who arrest me

8     said, "No, she's out and we put this guy in."

9              So those two guys, according to the

10    story I hear, they were there because they

11    assault a bank or something.  So they changed

12    me again.  They put me against a chair with

13    handcuffs and that's where my son saw me when

14    he got to the precinct and he tried to speak

15    with the officer who arrest me and he says,

16    "Your mother is a criminal and you're not

17    allowed to see her."

18             So my son got upset and said, "You

19    don't call my mother a criminal." So he grabs

20    my son by the neck and says, "If you want to

21    see your mother, you wait outside across the

22    street."

23       Q.   Once they put you back on the chair,

24    they handcuffed you to the chair the second

25    time, how long did you stay in the chair for?

                              Moller-Foley

1

2        A.   For about three, four hours.

3        Q.   After those three or four hours were

4   up, did they take you anyplace else in the

5   precinct?

6        A.   Then they were taking me in and out for

7   fingerprinting.  They took me for about ten,

8   fifteen times inside of another floor because

9   something happened with the machine, so they

10  fingerprint and one of my fingers couldn't come

11  out right and the officer who arrest me seems

12  to be very upset because many things they come

13  clear, the other one says "clear" and he was

14  pounding the table saying, "It has to be

15  something."  Send them to Albany.

16            It has to be -- I can't explain to you

17  because he was very angry and pounding.  "It

18  has to be something."

19       Q.   When they took your fingerprints, did

20  they also take your picture?

21       A.   Pictures -- they might have taken at

22  least 20 pictures from this side that side over

23  and over because they bring me to my chair to

24  be handcuffed and then they brought me again

25  because something was wrong with the machine.



1                          Moller-Foley

2        Q.  After they had finally taken your

3   fingerprints and your picture and you have been

4   in the chair for all those hours, did they take

5   you anyplace else or did they let you go?

6        A.  Finally, I was getting weaker. I wasn't

7   crying. I didn't cry at all.  It's very hard

8   for me to cry, so I'm sorry for what I did

9   here.  I try not, so finally they noticed I was

10  getting ready to faint or something because I

11  kept saying I didn't take my blood pressure

12  medicine.  And by then it was 8 p.m. and they

13  took me from the house before noontime. It was

14  early in the morning when they took me so

15  they-- this emergency people crew show up --

16  what they call EMT.

17       Q.  EMS?

18       A.  Something like that and they want to

19  give me something.  I said, "You don't give me

20  anything.  I have my private doctor" I said,

21  "No, I want my pills.  They're right there in

22  the table in my house.  Anybody can go and get

23  them for me if you don't want me to go."

24       Q.  Did you ever allow EMS to give you any

25  medication?



```
 1                    Moller-Foley

 2       A.   No.

 3       Q.   Did anyone ever get your pills for you?

 4       A.   No, but they --

 5       Q.   Did they keep you?

 6       A.   They keep me and then they were talking

 7   back and forth what to do with me, what to do

 8   because they were more -- they wanna take me to

 9   Central Booking -- I don't know what is that

10   thing, but they were fighting between

11   themselves to take me to Central Booking and it

12   was one officer who says the woman need to go

13   to the hospital first, but the ones they want

14   Central Booking, Central Booking.

15       Q.   Did you go to Central Booking?

16       A.   I don't have no idea what is that, no.

17       Q.   After they were arguing amongst

18   themselves, did they ever let you go home?

19       A.   No.  They took me to Jacobi when they

20   say, Jacobi Hospital. I said why Jacobi?  Take

21   Montefiore.  They have my records in Montefiore

22   and my doctors work for Montefiore.  He said,

23   "We take you where we want to take you."

24       Q.   Did you go to the emergency at Jacobi?

25       A.   Yes and here is another story,
```



1                           Moller-Foley

2    handcuffed all the time.  Here come this woman.

3    She seems to be the doctor because she has

4    something hanging here the stethoscope and she

5    asked me what pills I've been taking. I said,

6    "The only pill I take is baby aspirin and my

7    blood pressure medicine."

8               "Are you sure of that?" I said hundred

9    percent. I said I fight with doctors all the

10   time because I'm not a popping pill person.

11   "So what do you take?"  I said I take Ziac

12   genetic which the name is, bisoprolol.  She

13   looked at the officer, make me open my mouth --

14   the officer looked at my mouth which was

15   awkward for me looking at my teeth or whatever

16   and the woman says, "How do you spell that?"

17   So I wrote the number of bisoprolol and I said,

18   "It's 2.5 because it's the very mild amount."

19      Q.  Did that doctor ever prescribe any

20   medicine for you in the emergency room?

21      A.  No. She said she was going to check in

22   the computer about that specific medicine. She

23   took a good 20 minutes and all the time I was

24   handcuffed with the guy -- the officer in front

25   me. Standing, not sitting, standing.



1                    Moller-Foley

2              And she came back she says, "I can't

3     find that medicine that you're talking about.

4     It doesn't show in our book.  We don't use that

5     medicine for blood pressure so I'm gonna give

6     you something.  I'm gonna inject you something"

7     and at that point I said, "You don't inject me

8     with anything."

9        Q.  Did they ever inject you with

10    something?

11       A.  I said, I have my private doctor and

12    the only one who can tell me what to be

13    injected.

14       Q.  Were you ever injected with anything in

15    the ER at Jacobi?

16       A.  No, but they were about to.

17       Q.  Did they give you any medicine at

18    Jacobi at all?

19       A.  They say there was baby aspirin what

20    they were giving me and I say I have baby

21    aspirin at home.  So I didn't took anything

22    because by them -- I didn't trust them.  I

23    thought that they were going to give me

24    anything to dope or make me look dopey.

25              By the way, I never in my whole life,



                         Moller-Foley

1

2    I'm 60 something and I never had drugs of any

3    kind.

4        Q.   After you were in the emergency room,

5    where did you go next?

6        A.   Then the guy took me back to the

7    precinct.

8        Q.   How long did you stay at the precinct?

9        A.   I will say another two and a half

10   hours.

11       Q.   And what happened when --

12       A.   When I got there, the first thing they

13   did was talking to the officer who took me and

14   then one says to me "Please, when you going

15   home, just relax.  Just relax."

16       Q.   What happened when those two and a half

17   hours were up?  Did they let you go home?

18       A.   Yes.  They say that they were going to

19   make sure that I get home okay.  So they drove

20   me home.

21       Q.   When they let you go from the precinct,

22   did they give you any paperwork or tell you

23   that you had to go back to Court on a certain

24   day?

25       A.   They give me a paper who says, "desk

