ORIGINAL

50-H HEARING                    015220

- - - - - - - - - - - - - - - - - - - - - - - - - - -x BLA: 2012PI001727

IN THE MATTER OF THE CLAIM

OF

MYRIAM MOLLER-FOLEY,

Claimant,

-against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE
DEPARTMENT,

Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - -x


Shapiro, Beilly & Aronowitz
225 Broadway
New York, New York 10007


March 9, 2012
1:21 P.M.


50-H HEARING of MYRIAM MOLLER-FOLEY, the

Claimant in the above-entitled action, held at

the above time and place, pursuant to Notice,

taken before Madeline Lopez, a shorthand

reporter and Notary Public within and for the

State of New York.



Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236

1

2    A P P E A R A N C E S :

3

4         IRVING COHEN, ESQ.
              Attorneys for Claimant
5             233 Broadway
              New York, New York 10279
6

7

8

9         SHAPIRO, BEILLY & ARONOWITZ, L.L.P.
              Attorneys for Respondents
10            225 Broadway-13th Floor
              New York, New York 10007
11
          BY:   DAWN SHWARTZ, ESQ.
12                FILE NO.  NYC-2796

13

14

15                    xxxxx

16

17

18

19

20

21

22

23

24

25



Reporter's Ink, Corp.   90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
                        Phone: 646.395.2522    Fax: 212.374.1236

1

2   M Y R I A M      M O L L E R - F O L E Y, the

3   witness herein, having been first duly sworn

4   before a Notary Public of the State of New

5   York, was examined and testified as follows:

6   EXAMINATION

7   BY MS. SHWARTZ:

8       Q.  Please state your name for the record.

9       A.  Myriam Moller-Foley.

10      Q.  Please state your address for the

11   record.

12      A.  33-57 164th Street, Flushing, New York

13   11358.

14      Q.  Good afternoon, ma'am.  My name is Dawn

15   Shwartz and I represent the City for the

16   purposes of today's hearing and I'm going to be

17   asking you some questions about your claim

18   against the City.

19          I'm going to ask that all of your

20   answers to my questions are verbal so that the

21   court reporter can take down everything we are

22   saying because she can't take down head shakes,

23   head nods or hand gestures.

24          If you don't understand my question,

25   let me know and I will rephrase it for you or



Moller-Foley

1

2   say it in a different way. If you answer my

3   question, I'm going to assume that you

4   understood it.

5        If you need to take a break or speak

6   with your attorney for any reason, that's not a

7   problem.  All you have to do is answer the last

8   question I asked you before you go ahead and do

9   that.

10   A.  Okay.

11   Q.  I'm also going to ask that even if you

12   know what I'm going to ask you and you already

13   know what I'm going to say, let me finish

14   asking the question and then give your answer

15   because she can only take down what one of us

16   is saying at a time, okay?

17   A.  Okay.

18   Q.  How long have you lived at the address

19   that you just gave us?

20   A.  I moved on December 15th.

21   Q.  Of 2011?

22   A.  Of 2011.

23   Q.  Where did you live prior to that?

24   A.  2911 Coddington Avenue, Bronx, New York

25   10461.



Moller-Foley

1

2     Q.   Is that a private home or an apartment?

3     A.   It's a private household.

4     Q.   How long did you live there for?

5     A.   Seven years.

6     Q.   At your current address in Flushing

7   does anyone live there with you?

8     A.   It's a two family place -- currently

9   with me my son, Shawn Foley.

10    Q.   Anyone else besides you and your son?

11    A.   My pets -- just my pets.

12    Q.   When you resided at Coddington Avenue,

13  did anyone else live there with you?

14    A.   My son.

15    Q.   Shawn?

16    A.   Yes.

17    Q.   Anybody else?

18    A.   No one else.

19    Q.   What is your Social Security number?

20    A.   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.

21    Q.   And your date of birth?

22    A.   10/20/49.

23    Q.   Where were you born?

24    A.   Chile.

25    Q.   When did you come to the United States?

1                          Moller-Foley

2          A.   1969 -- Yes, 1969.

3          Q.   Are you currently employed?

4          A.   No, I'm not.

5          Q.   In November of last year, were you

6     employed?

7          A.   No. I haven't been working since 2001.

8

9          Q.   Are you currently receiving any

10    Medicaid benefits?

11         A.   Medicaid benefits --

12         Q.   Those are benefits through the State of

13    New York or the City of New York?

14         A.   I have health insurance, but I don't

15    know if that's Medicaid. I think it's Medicare

16    because of my age, but actually I don't use it

17    much because my son has my insurance with him--

18    through his employer I have insurance.

19         Q.   Have you ever filed a claim against the

20    City of New York before?

21         A.   Never.

22         Q.   Have you ever filed a claim against the

23    State of New York before?

24         A.   Never.

25         Q.   Are you familiar with an individual by

---



1                          Moller-Foley

2      the name of Jason Jaime?

3          A.   Yes.

4          Q.   How do you know that person?

5          A.   That person moved into 2911 Coddington

6      I believe last year -- the beginning of 2011 to

7      the basement apartment that's below my own

8      apartment.

9          Q.   2911 Coddington, is that a house that

10     has a number of different floors that people

11     live in or something else?

12         A.   It's supposed to be two dwellings, but

13     the landlord managed to rent the basement which

14     we know is an illegal thing.

15         Q.   And which dwelling did you live in?

16         A.   I live where the owners used to live,

17     which is called the first floor, which is the

18     middle.

19         Q.   And Mr. Jaime lived in the basement

20     apartment?

21         A.   In the basement apartment, yeah.

22         Q.   Okay.  When Mr. Jaime moved into the

23     Coddington Street apartment, did he have any

24     pets?

25         A.   No, he didn't have when he just moved



Moller-Foley

1

2    in. He brought a pet I will say two or three

3    months after he moved in.

4        Q.   What type of pet did he bring?

5        A.   Well, it's a small dog so I'm not very

6    familiar with the -- it look like a terrier.

7        Q.   A dog though?

8        A.   Yeah, a dog. It looked like a terrier,

9    but I cannot specify exactly what it was.

10        Q.   At any time did you have a conversation

11    with Jaime regarding that dog?

12        A.   No. I never had a conversation with him

13    directly.

14        Q.   Did you have a conversation with

15    anybody regarding that dog?

16        A.   I don't know if it's his wife or

17    girlfriend who was pregnant at that time.

18        Q.   Do you recall her name?

19        A.   Michelle Lawrence.

20        Q.   Did Ms. Lawrence live there with

21    Mr. Jaime?

22        A.   Yes. She moved in with her son about

23    six, seven year-old.

24        Q.   When you had the conversation with

25    Ms. Lawrence about the dog, what did you two

Moller-Foley

1

2   talk about?

3       A.  It was very funny. It was summer and

4   she was very upset, very upset and she was --

5   she was -- I saw because she wasn't feeling

6   well because of her pregnancy so I said,

7   "What's wrong?  Can I help you?"  She said,

8   "I'm fed up.  I'm fed up Jason bring this dog

9   over here.  I'm pregnant.  I have my kid.  I'm

10  overwhelmed and I have to give him a bath to

11  this dog. I can't do everything."  So she was

12  really, really upset and using bad words also

13  to address that problem.

14      Q.  Did she ever talk about giving the dog

15  away or getting rid of the dog?

16      A.  She said exactly in front of her own

17  mother she will be more than happy if that dog

18  will be taken away because when the baby

19  arrived, she won't be able to take care of that

20  dog and the apartment was too small and it was

21  too much for her, but I'm summarizing because

22  she was using bad words.

23      Q.  Did she say if it was Mr. Jaime's dog

24  or it was her dog?

25      A.  Once she said was -- her husband



Moller-Foley

1

2    mother's dog and then in another occasion --

3    later on she kept saying it was her husband's

4    dog.

5         Q.  When she said that she'll be happy for

6    the dog to be taken away, did you have anything

7    to say in response to that?

8         A.  No. I didn't say anything because I

9    have my two pets, my two cats and my big dog.

10   I always felt that it was enough for me at that

11   moment to have that amount.

12        Q.  At any time after that did you ever

13   indicate to either Ms. Lawrence or Mr. Jaime

14   that you would interested in taking care of

15   that dog?

16        A.  No. Until they said that the dog was

17   lost.  And that happens on June 11th when they

18   knocked my door and they told me that the dog

19   was missing.

20        Q.  This was June 11th of 2011?

21        A.  Exactly and then they asked me if I

22   have the dog and I said, "No, I won't bring

23   your dog inside unless you allow me to.  I

24   won't bring any other pets in front of my

25   pets."  My pets are inside pets.  They're not



11

Moller-Foley

2    outside pets.

3    Q.  On June 11th of last year, did you know

4    where Mr. Jaime's dog was?

5    A.  No.  They say it was missing and if I

6    have seen it and I said no.  I recall vividly

7    that day because I was in this area, Brooklyn

8    Bridge, because my son was taking a test for

9    the City and he forgot his ID, so I have to

10   come down to bring his ID to this area.

11           So when I come home around 3 or

12   4 o'clock they asked me if I have the dog with

13   me I said, "No.  Why I'm going to take your dog

14   inside my house?"

15   Q.  At any time prior to June 11th of 2011

16   had you ever brought Mr. Jaime's dog into your

17   home?

18   A.  Never.

19   Q.  After June 11th of 2011, did Mr. Jaime

20   or Ms. Lawrence ever contact you again

21   regarding the dog?

22   A.  They kept knocking the door, knocking

23   the door and they kept asking me if I can help

24   them to look around because they didn't have

25   time to go into the neighborhood.  So I advised



12

Moller-Foley

1 them this way.  I said the best thing for you

2 to do is call the shelters, call the other

3 things for animal rescue and tell them the

4 description of your dog.  So they say they were

5 going to do that.

6  Q.  How many different times did they knock

7 on your door to ask you about the dog?

8  A.  During that day -- during that day

9 three, four times.

10  Q.  What about after that day?

11  A.  After that, they didn't seem to be

12 bothered or interested in asking me if I knew

13 anything.  They didn't.

14  Q.  After June 11th of 2011, did you ever

15 see that dog again?

16  A.  Well, this is what happens.  I am in

17 the internet most of the nighttime.  I'm a

18 night person, so I went to the internet and I

19 went into a website of lost pets and I started

20 looking, looking, looking and I give him the

21 picture of one that was similar, but he told me

22 that wasn't his pet.

23  Q.  You gave who a picture, Mr. Jaime?

24  A.  To Mr. Jaime.  I took a printout and it


1 Moller-Foley

2 them this way.  I said the best thing for you

3 to do is call the shelters, call the other

4 things for animal rescue and tell them the

5 description of your dog.  So they say they were

6 going to do that.

7  Q.  How many different times did they knock

8 on your door to ask you about the dog?

9  A.  During that day -- during that day

10 three, four times.

11  Q.  What about after that day?

12  A.  After that, they didn't seem to be

13 bothered or interested in asking me if I knew

14 anything.  They didn't.

15  Q.  After June 11th of 2011, did you ever

16 see that dog again?

17  A.  Well, this is what happens.  I am in

18 the internet most of the nighttime.  I'm a

19 night person, so I went to the internet and I

20 went into a website of lost pets and I started

21 looking, looking, looking and I give him the

22 picture of one that was similar, but he told me

23 that wasn't his pet.

24  Q.  You gave who a picture, Mr. Jaime?

25  A.  To Mr. Jaime.  I took a printout and it



13

Moller-Foley

1

2    was a dog with a different name and different

3    color and he said it wasn't his dog.

4        Q.  Do you remember what website you got

5    that from?

6        A.  I can show you this because it is the

7    only paper that I have and I don't wanna loose

8    this.

9            MR. COHEN:  Is it a photo?

10           THE WITNESS:  Yes.

11           MR. COHEN:  Oh, I have that.

12           THE WITNESS:  They have this one

13               with the name Sunflower and he says it

14               wasn't his dog.

15           MS. SHWARTZ:  Let the record

16               reflect the Claimant has provided a

17               photocopy of a computer printout from

18               www.petharbor.com showing a dog by the

19               name of Sunflower, a male tan and gray

20               silky terrier mix.

21           THE WITNESS:  Here's in color.

22           MS. SHWARTZ:  Okay, thank you.

23       A.  So I posted this in his door around

24    1 o'clock in the morning and I post another

25    copy under and I said to them "I think that's

Moller-Foley

your dog.  I believe it's your dog" and they

said "No, it's not our dog.  My dog has a

different color."  Blah blah, blah. So in my

mind by then was June something -- was two or

three weeks later.

Q.   Two or three weeks after the 11th when

they knocked on your door?

A.   Yeah, when I mentioned this past three

weeks and I asked him did you went to see it?

Oh, no, no, no, no because I know it's not the

same one.  So I had a friend with me that day

in my car and she said to me, "What do you

think?" I said, "I think they are too lazy.

They don't care about the dog. _ Could you take

me to the shelter?" She says, "Yes."  So she

drove me to 110.  It was a Friday.  I don't

know if it was the 19th or the 21st.

Q.   Of June?

A.   Of June.

Q.   What was the name of the shelter?

A.   I know it's 110th Street -- 325 West

110th Street.

Q.   In the Bronx?

A.   I would say Manhattan.  I think in



1          Moller-Foley

2     Manhattan.

3          Q.  Who drove you to the shelter?

4          A.  The name of the person is Susan

5     Escalante -- Susan.  Here's the papers of the

6     receipts.

7          Q.  I'll get to that in a second.  I want

8     to find out what happened when you got to the

9     shelter.  What happened when you got to the

10    shelter?

11         A.  When I got to the shelter and I showed

12    the pictures and they say that dog is gone, I

13    said "What do you mean it's gone?  If it's in

14    the internet -- what do you mean?"  He says,

15    "Oh, no, he's going to be put to sleep

16    tomorrow."  I'm talking we are here, Friday

17    6:00, 6:30 in the afternoon -- evening.  He

18    says he's ready to be put down tomorrow.

19         Q.  What did you do next?

20         A.  I don't want to say this, but I said,

21    "Why?"  I said "Why?  What you gonna put to

22    sleep?"  He says because nobody claim him and

23    the dog is sick and we keep him for so long and

24    we are overcrowded.  Exactly those are the

25    wording. We are overcrowded so shelter they



1                    Moller-Foley

2    don't keep it more than three days.

3        Q.  Did they say when they had first got

4    the dog?

5        A.  No. I didn't ask them, but later on I

6    found out they got it on the 10th, between the

7    10th and 11th of June.

8        Q.  Did they say where they got the dog

9    from?

10       A.  They were very careful. They say it was

11   a stray dog.  A stray dog when someone drop the

12   dog over there.

13       Q.  They said that someone dropped the dog

14   at the shelter?

15       A.  Yes.          —

16       Q.  What else did they say?

17       A.  Nothing.  They didn't want to give any

18   more information.  Whatever information I had

19   later on was because other neighbors when they

20   found out of the accusation against me, she

21   explained how the dog ended up there over

22   there.

23       Q.  After they told you that they were

24   going to put the dog to sleep, did you make any

25   decisions after that?



Moller-Foley

1

2     A.  No.  I was upset.  I went back to the

3  house and I told them -- oh, I request to see

4  the pet.  I request to see the pet, so they

5  showed me the pet and the pet was so scruffy

6  and shivering and I said, I think this is the

7  dog that they say they can't find.  So I went

8  back home.  My friend Susan drove me over.

9            I told them about the dog was going to

10  be put to sleep the next day and they say, "No,

11  they keep him for a month.  No, no, no, they

12  keep him for a month." I said, "You don't

13  understand.  They say they are overcrowded.

14  He's already with the number and everything to

15  be put to sleep" and then they say, "Well, I

16  don't have the money."

17     Q.  They didn't have the money for what?

18     A.  To pick up the dog from the shelter.

19  So I said to Jason, I did this.  I have to show

20  you (indicating).  Jason, take it as a Father's

21  Day.  I give you the money go and get it.  You

22  have the papers.  Show the papers.  You're the

23  owner.

24     Q.  What papers did Jason have?

25     A.  The ownership paper that he says all



1                          Moller-Foley

2     along that he has and he never provide.

3         Q.  Did you ever see those papers?

4         A.  No. He never had any papers.

5         Q.  Do you know if Jason ever went to the

6     shelter to get the dog?

7         A.  No, he never went.

8         Q.  Did you ever go back to the shelter?

9         A.  Many times.  They know me and they feel

10    so sorry for what I've been going through.

11        Q.  Did you ever bring that dog home?

12        A.  No. I couldn't bring it home because

13    the dog was sick.  It need antibiotic, so when

14    I went back the same Friday after telling Jason

15    that the dog was going to be put to sleep and

16    he told me that he was going to talk to his

17    mother for the papers, I said, "What papers?

18    You're no longer the owner.  You have to go and

19    pay all over again to retrieve that dog."  He

20    says, "No, no, no. They keep it a month."

21             So when he didn't listen to me.  My

22    friend Susan says, "What you gonna do?" I say,

23    "Let's go back." So we went back.  By then it

24    was 7:30, 8 o'clock. I told them, I said

25    listen, this is what I've been told by the



Moller-Foley

2  people who said that they own the dog. "Did

3  they give you the papers?" I said, "No, they

4  say they don't have the papers with them."

5          They said "Well, once the dog gets to

6  the shelter, they lose ownership.  They don't

7  have no right." So I said to them "I don't want

8  him to be put to sleep." He says "Well, the

9  only way you can have him is if you adopt him

10 and you sign a waiver and you pay all the

11 expenses."

12     Q.  Did you do that?

13     A.  Yes, I did. I have all the receipts.

14     Q.  Can I see the receipts?

15          (Witness complies.)

16     A.  And then they told me but you cannot

17 take him because he need -- the doctor have to

18 give you the okay and I'm quite sure he need

19 antibiotic because he has some sort of cough or

20 bronchitis.

21          MS. SHWARTZ:  Okay.  The claimant

22          has provided a receipt for New York

23          City dog license transacted on June 19,

24          2011. Permit No. 170952 within the name

25          of the owner is Myriam Moller-Foley.

Moller-Foley

1

2      Showing that eight dollars and fifty

3      cents was received for the license.

4           THE WITNESS:  And here,

5      (indicating).  This is important. All

6      those -- that is very important and

7      those two.

8           MS. SHWARTZ:  Okay.  The claimant

9      has provided a copy of an e-mail from

10     Melissa Weber at Animal Care and

11     Control of New York City stating that

12     the claimant, Myriam Moller is the

13     adopter of the dog, No. A900088 and

14     additionally list a microchip number.

15     _   Let the record reflect that the dog

16     was adopted on June 20th, 2011.  So

17     again, the license and adoption.

18     You've showed me what's titled, "an

19     adoption agreement" showing that you've

20     agreed to adopt a two year-old male tan

21     and gray terrier.  Is that your

22     signature on the bottom of the page?

23          THE WITNESS:  Yes, that's my

24     signature.

25          MS. SHWARTZ:  I'm going to keep



Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

Moller-Foley

1

2          this to the side.  Can I make copies at

3          the end?

4              MR. COHEN:  Sure, of course.

5      Q.  We have an additional receipt from

6  Animal Care and Control of New York For $100.

7  It says for a deposit, was that --

8      A.  Yeah it was -- the day they arrest me

9  was the day I was supposed to take the dog to

10  be fixed and because I never fixed my pets

11  ever, never and I told the shelter I said, "I

12  don't fix my pets.  I'm against that," and they

13  say "Well, the only way you can adopt the pet

14  is if you pay the hundred dollars and you have

15  to bring him over here because it's mandatory.

16  Any pets coming out from the shelter, they have

17  to be fixed."

18      Q.  So was this hundred dollars for the

19  fixes?

20      A.  For that purpose and this is for the

21  vaccination of whatever was needed at that

22  moment.

23              MS. SHWARTZ:  I've also been

24          provided with a copy of another receipt

25          from Animal Care and Control of New

1              Moller-Foley

2          York for the adoption cost of sixty

3          five dollars. The license for eight

4          fifty and a tablet of medicine for ten

5          dollars for total of eighty three

6          fifty.

7      Q.  After you paid for everything and you

8  got the paperwork, you left the dog because he

9  was sick, correct?

10     A.  Yeah, they told me that he need the

11 pass from the doctor because he had this cough

12 and this bronchitis so the dog stayed there for

13 a good four to five days more.

14     Q.  And what happened after those four or

15 five days?

16     A.  After four or five days, my friend

17 Susan drove me over.

18     Q.  And what happened when you got to the

19 shelter after that time?

20     A.  Before that day when this happened when

21 I did have all my papers, I went out and bought

22 a blanket and a bed and went inside the shelter

23 and I make sure that he was sleeping in a clean

24 bed because of the cold -- of the bronchitis he

25 need to be warm.  So when I pick up the dog

Moller-Foley

1
2  after four or five days, my friend Susan drove

3  me home. This was around noontime.

4      Q.  Okay.  Did you bring the dog back to

5  your house?

6      A.  Yes, and I put it in a kennel.

7          MR. COHEN:  Not an outside kennel.

8      A.  A kennel half of this size

9  (indicating).

10      Q.  The cage or the fence?

11      A.  Yeah, sort of a cage because he was

12  sick. I didn't want my other pets to become

13  sick.

14      Q.  At any time after you finally brought

15  the dog home did Jason ever come back to your

16  part of the apartment and ask about the dog?

17      A.  No. He never went inside of my

18  apartment because I very picky of who I allow

19  inside my house, but his mother showed up with

20  a group of relatives and I think she show up

21  the same evening or the evening after I brought

22  the dog home.

23          So I showed the papers and I said,

24  "Listen to save the life of the dog, I have to

25  adopt him.  I don't want the money, but I want

Moller-Foley

1

2    your paper signed -- notarized paper that you

3    taking the dog and you change the name because

4    right now if something happen to the dog, I'm

5    liable for it."

6         "Well, I have to look for the papers."

7    I said, "What papers?  Whatever you had before

8    they're meaningless.  This is the paper that

9    the dog has."

10        Q.  Did she ever sign any paperwork for

11    you?

12        A.  No, she didn't. She kept insisting that

13    she has papers and I said those papers they're

14    no longer valid. So by that time we were not

15    talking because everything came with wording

16    calling names and everything.

17        So I said listen -- just one person --

18    it was a male.  I don't know the relationship

19    to Mr. Jaime, I said, "Listen, you give me a

20    notarized paper that you take the dog back and

21    you are the owner, you have the dog in a

22    second, but right now --"

23        Q.  And you never received that paper?

24        A.  Never received that paper.

25        Q.  When was the next time you heard



<center>Moller-Foley</center>

1

2    anything from anybody regarding this dog?

3       A.   The day they arrest me.

4       Q.   Who arrested you?

5       A.   Well, they knocked my door -- it was

6    funny.  I was in the window and it was three or

7    four cruisers and I was wondering why so many

8    cruisers because the house is in the corner. So

9    all of a sudden, since the bell doesn't work, I

10   hear knocking.  So I opened the door and this

11   officer says to me, "Do you have pets?" I said,

12   "Yes, yes, I have pets."  "May I see them?"

13   "Sure."

14            So, like I say, they have to go a step.

15   They have to go about ten steps because I'm in

16   the middle of the building. So they went in,

17   they saw my cat, they saw my big dog, my

18   Labrador German Shepherd and he says "What

19   other dog do you have?" I said, "I have one

20   sick pet in the kennel."

21      Q.   What was the date that this happened

22   that they came to your house?

23      A.   July 14th.

24      Q.   Did they go out and see the dog in the

25   kennel?



Moller-Foley

1

2    A.   There were so many officers inside the

3    house, so many officers.

4    Q.   How many officers were inside the

5    house?

6    A.   About nine.

7    Q.   Did they all have uniforms on?

8    A.   They all had uniforms. They all had an

9    attitude.  They said to me, "You're gonna be

10   arrested"  One says, "You're gonna be

11   arrested."  The other one says, "You're gonna

12   be charged with felony" and I look at both of

13   them and I said, "Why?  What happened wrong?"

14   "For stolen property."  I said, "I never stoled

15   in my life." "Yes, you did.  Yes, you did."

16   Q.   Did they ever say what they were

17   referring to?

18   A.   So I went and go downstairs to look for

19   these people from the basement and they push me

20   and said, "You stay here.  Don't even move."

21   Q.   Who pushed you?

22   A.   One of the officers.  He says, "And

23   don't say one word because I'm gonna handcuff

24   you."  So they went downstairs and they left me

25   with three officers guarding me in my house.



Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

1                          Moller-Foley

2        Q.   Were you handcuffed yet?

3        A.   Not yet, no, and I see these people

4   downstairs talking to the other people, Jaime

5   and the woman upstairs that's supposed to be

6   the witness for me stealing the dog and they

7   were talking, talking, talking, but never asked

8   me anything to me.

9             So they come back and they say,

10  "Where's the dog now?"  I said, "I told you,

11  it's right there in the kennel"  So they walk

12  in.  They took the dog and one officer went

13  downstairs and handed the dog to Mr. Jaime and

14  the other one upstairs says, "Turn around".  I

15  said, "Why?"  "Turn around".  I say, "I have to

16  take my pills my -- I was this distance from my

17  pills.  There was the water, my blood pressure

18  pills and all the things that I have.  They

19  didn't allow to take that.  They didn't allow

20  for to make a call to my attorney.  As a matter

21  of fact when I did that to call, Mr. Miller --

22             MR. COHEN:  Not me the other one.

23       A.   -- another attorney they didn't want to

24  talk to Mr. Miller and the guy picked up the

25  phone from me and tossed it out to the couch,



Moller-Foley

1

2    tossed it out to the couch and says "Turn

3    around" and they put me like that.

4        Q.  They had put handcuffs on you behind

5    your back?

6        A.  Behind my back.

7        Q.  Did you say that the officer took the

8    dog out of the kennel and handed it back to Mr.

9    Jaime?

10       A.  Yes, they did.  They took themself --

11   the -- they didn't allow me to even close my

12   door.  Make sure that my house was locked.

13       Q.  Was your son home when this happened?

14       A.  No.  My son work for the MTA and he had

15   shift and normally he work double shift, like

16   today.  He did work last night double shift.

17       Q.  What is Mr. Miller's first name, your

18   attorney?

19       A.  Charles.

20       Q.  After the officers handcuffed you,

21   where did they take you?

22       A.  When they about to handcuff me, I

23   started screaming and I said, "Look at the

24   table there, the paper"  The same paper, all

25   this because they were on the table in the



<center>Moller-Foley</center>

2    living room.

3       Q.  All the papers we just talked about?

4       A.  Yeah, and this officer just took this

5    and said "Oh, this is bogus" and tossed it out

6    in the front and twist my arm and then handcuff

7    me, "Let's go.  Let's go.  Let's go."

8       Q.  Once you were handcuffed, where did

9    they take you to?

10      A.  I will say dragged me to the car, the

11   cruiser and they put me there and they kept me

12   there in the cruiser for a good 45 minutes

13   while they were talking to the people

14   downstairs and upstairs.

15      Q.  After those 45 minutes were up, did

16   they take you anywhere?

17      A.  After those 45 minutes they started

18   driving toward the precinct and then one of the

19   officers says, "I don't have the keys for the

20   handcuff because they're the old kind with the

21   plastic thing"  So the guy who was driving

22   says, "Well, let's go over there to the store"

23   So they drove me to a store in East Tremont, to

24   a store where they have police badges and

25   police things and they left me handcuffed



<center>Moller-Foley</center>

1
2  inside waiting while the two of them went
3  inside and then come back and trying to take it
4  and they couldn't, so they were very upset and
5  then what happens -- I don't know if it's true
6  or not, but they say happens that this guy from
7  Vermont -- an officer from State of Vermont was
8  there buying something and give him an extra
9  key because since -- he told them that's the
10 old way, you can't find a key anymore for those
11 handcuffs.
12     Q.  How long did they leave you alone in
13 the car for?
14     A.  In front of my house 45 minutes and
15 over there in front of the store I will say
16 another 45 minutes, another hour.
17     Q.  After that time was up, where did they
18 bring you to?
19     A.  To the precinct.
20     Q.  Do you know what precinct you went to?
21     A.  45th.
22     Q.  When you got to the 45th Precinct,
23 where's the first place in the precinct that
24 they brought you to?
25     A.  The first thing they did they parade me



<center>Moller-Foley</center>

1

2      in front of everyone that was there.

3                   MS. SHWARTZ:  Do you want to take a

4            break?  You want some water?

5                   THE WITNESS:  No.

6         A.  They took me like I was for a show.

7      "Here it is, this old lady, the one who steal

8      dog.  You want to see it?"  So everyone who

9      came in, they want to look at me, "Hey, so

10     you're the one who steal dog.  What you gonna

11     do with them?  Sell them?"

12         Q.  Were you in a jail cell or sitting on a

13     chair?

14         A.  At the beginning they had me in sort of

15     a hallway, but handcuffed here and in front was

16     the cell.  The cell that was empty, so after a

17     while they put me inside that cell still

18     handcuffed -- still handcuffed.

19         Q.  When you went inside the cell, they

20     left the handcuffs on?

21         A.  Yes, yes.  They kept me handcuffed.

22         Q.  The whole time you were in the cell,

23     did you have the handcuffs on?

24         A.  The whole time. The whole time and the

25     whole time you have one by one different



1                       Moller-Foley

2       officers coming in and make a remark of me

3       because they had a blast and then all of a

4       sudden I don't know how long -- an hour, two

5       hours -- they brought two black guys that they

6       handcuffed where I used to be handcuffed and

7       then another officer, the one who arrest me

8       said, "No, she's out and we put this guy in."

9               So those two guys, according to the

10      story I hear, they were there because they

11      assault a bank or something.  So they changed

12      me again.  They put me against a chair with

13      handcuffs and that's where my son saw me when

14      he got to the precinct and he tried to speak

15      with the officer who arrest me and he says,

16      "Your mother is a criminal and you're not

17      allowed to see her."

18              So my son got upset and said, "You

19      don't call my mother a criminal." So he grabs

20      my son by the neck and says, "If you want to

21      see your mother, you wait outside across the

22      street."

23      Q.  Once they put you back on the chair,

24      they handcuffed you to the chair the second

25      time, how long did you stay in the chair for?



1                          Moller-Foley

2          A.   For about three, four hours.

3          Q.   After those three or four hours were

4     up, did they take you anyplace else in the

5     precinct?

6          A.   Then they were taking me in and out for

7     fingerprinting.  They took me for about ten,

8     fifteen times inside of another floor because

9     something happened with the machine, so they

10    fingerprint and one of my fingers couldn't come

11    out right and the officer who arrest me seems

12    to be very upset because many things they come

13    clear, the other one says "clear" and he was

14    pounding the table saying, "It has to be

15    something."  Send them to Albany.

16               It has to be -- I can't explain to you

17    because he was very angry and pounding.  "It

18    has to be something."

19         Q.   When they took your fingerprints, did

20    they also take your picture?

21         A.   Pictures -- they might have taken at

22    least 20 pictures from this side that side over

23    and over because they bring me to my chair to

24    be handcuffed and then they brought me again

25    because something was wrong with the machine.



                              Moller-Foley

1

2      Q.   After they had finally taken your

3  fingerprints and your picture and you have been

4  in the chair for all those hours, did they take

5  you anyplace else or did they let you go?

6      A.   Finally, I was getting weaker. I wasn't

7  crying. I didn't cry at all.  It's very hard

8  for me to cry, so I'm sorry for what I did

9  here.  I try not, so finally they noticed I was

10  getting ready to faint or something because I

11  kept saying I didn't take my blood pressure

12  medicine.  And by then it was 8 p.m. and they

13  took me from the house before noontime. It was

14  early in the morning when they took me so

15  they-- this emergency people crew show up --

16  what they call EMT.

17      Q.   EMS?

18      A.   Something like that and they want to

19  give me something.  I said, "You don't give me

20  anything.  I have my private doctor" I said,

21  "No, I want my pills.  They're right there in

22  the table in my house.  Anybody can go and get

23  them for me if you don't want me to go."

24      Q.   Did you ever allow EMS to give you any

25  medication?



1          Moller-Foley

2     A.  No.

3     Q.  Did anyone ever get your pills for you?

4     A.  No, but they --

5     Q.  Did they keep you?

6     A.  They keep me and then they were talking

7  back and forth what to do with me, what to do

8  because they were more -- they wanna take me to

9  Central Booking -- I don't know what is that

10 thing, but they were fighting between

11 themselves to take me to Central Booking and it

12 was one officer who says the woman need to go

13 to the hospital first, but the ones they want

14 Central Booking, Central Booking.

15    Q.  Did you go to Central Booking?

16    A.  I don't have no idea what is that, no.

17    Q.  After they were arguing amongst

18 themselves, did they ever let you go home?

19    A.  No.  They took me to Jacobi when they

20 say, Jacobi Hospital. I said why Jacobi?  Take

21 Montefiore.  They have my records in Montefiore

22 and my doctors work for Montefiore.  He said,

23 "We take you where we want to take you."

24    Q.  Did you go to the emergency at Jacobi?

25    A.  Yes and here is another story,



Moller-Foley

1

2   handcuffed all the time.  Here come this woman.

3   She seems to be the doctor because she has

4   something hanging here the stethoscope and she

5   asked me what pills I've been taking. I said,

6   "The only pill I take is baby aspirin and my

7   blood pressure medicine."

8           "Are you sure of that?" I said hundred

9   percent. I said I fight with doctors all the

10  time because I'm not a popping pill person.

11  "So what do you take?"  I said I take Ziac

12  genetic which the name is, bisoprolol.  She

13  looked at the officer, make me open my mouth --

14  the officer looked at my mouth which was

15  awkward for me looking at my teeth or whatever        —

16  and the woman says, "How do you spell that?"

17  So I wrote the number of bisoprolol and I said,

18  "It's 2.5 because it's the very mild amount."

19      Q.  Did that doctor ever prescribe any

20  medicine for you in the emergency room?

21      A.  No. She said she was going to check in

22  the computer about that specific medicine. She

23  took a good 20 minutes and all the time I was

24  handcuffed with the guy -- the officer in front

25  me. Standing, not sitting, standing.

Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236



<center>Moller-Foley</center>

1

2      And she came back she says, "I can't

3  find that medicine that you're talking about.

4  It doesn't show in our book. We don't use that

5  medicine for blood pressure so I'm gonna give

6  you something. I'm gonna inject you something"

7  and at that point I said, "You don't inject me

8  with anything."

9      Q. Did they ever inject you with

10  something?

11      A. I said, I have my private doctor and

12  the only one who can tell me what to be

13  injected.

14      Q. Were you ever injected with anything in

15  the ER at Jacobi?

16      A. No, but they were about to.

17      Q. Did they give you any medicine at

18  Jacobi at all?

19      A. They say there was baby aspirin what

20  they were giving me and I say I have baby

21  aspirin at home. So I didn't took anything

22  because by them -- I didn't trust them. I

23  thought that they were going to give me

24  anything to dope or make me look dopey.

25      By the way, I never in my whole life,



Moller-Foley

1
2       I'm 60 something and I never had drugs of any
3       kind.
4           Q.   After you were in the emergency room,
5       where did you go next?
6           A.   Then the guy took me back to the
7       precinct.
8           Q.   How long did you stay at the precinct?
9           A.   I will say another two and a half
10      hours.
11          Q.   And what happened when --
12          A.   When I got there, the first thing they
13      did was talking to the officer who took me and
14      then one says to me "Please, when you going
15      home, just relax.  Just relax."              —
16          Q.   What happened when those two and a half
17      hours were up?  Did they let you go home?
18          A.   Yes.  They say that they were going to
19      make sure that I get home okay.  So they drove
20      me home.
21          Q.   When they let you go from the precinct,
22      did they give you any paperwork or tell you
23      that you had to go back to Court on a certain
24      day?
25          A.   They give me a paper who says, "desk



Moller-Foley

1
2  appearance" or something like that.

3      Q.  Desk appearance ticket?

4      A.  Yeah.

5      Q.  What did that ticket say?

6          MR. COHEN:  You want a copy of it?

7          MS. SHWARTZ:  If you have it.

8      A.  I don't recall the --

9      Q.  That's okay. Your attorney I think has

10  a copy of it.

11         MS. SHWARTZ:  Claimant's counsel

12         has provided a copy of the D.A.T.

13     Q.  Did you go back to Court on

14  October 4th?

15     A.  I went to Court every time they asked

16  me to.

17     Q.  How many different times did you go to

18  Court?

19     A.  Well, I think it was October, November

20  and December.  Anywhere from three to four

21  times.

22     Q.  The last time you went to Court, what

23  happened?

24     A.  December 14th.

25     Q.  What happened on December 4th?



Moller-Foley

1

2    A.  Judge Adler, I remember that he looked

3    all the papers and he says, "What is this?" He

4    says, "What have you been doing to this woman?

5    What is going on?"

6    Q.  Did he dismiss the charges against you?

7    A.  Yes.

8    Q.  He dismissed them completely; you

9    didn't have to go back to Court at all?

10   A.  No.

11        MR. COHEN:  You want a certificate?

12        MS. SHWARTZ:  No, that's attached

13        to the notice of claim that I have.

14   Q.  When you were released from the

15   precinct --

16   A.  Yeah.

17   Q.  That night after you got home, did you

18   ever have to go to the doctor for any medical

19   care from anything happened while you were in

20   police custody?

21   A.  Honestly, my blood pressure hasn't been

22   able to come down less than 198 and I've been

23   having a few PIA's they're called.

24   Q.  Has your doctor changed your

25   prescription at all?



                        Moller-Foley

1

2      A.   He gave me more strong medicine for

3   that.

4      Q.   Aside from giving you a little bit --

5   different medicine, has he changed anything

6   else?

7      A.   He give me more of the blood pressure.

8   He give me the option to change to other one

9   who will cause me some side effects or

10  increased -- increase the pill instead of one

11  should take two.

12     Q.   Is this your cardiologist or your

13  primary care doctor?

14     A.   My primary care.

15     Q.   What's his name?         —

16     A.   Dr. Pirelli.

17     Q.   Aside from Dr. Pirelli, did you go see

18  anybody else after you were released from

19  custody?

20     A.   Yeah, the cardiologist and they told me

21  that I was under a lot of stress and they know

22  about this.

23     Q.   What's the name of your cardiologist?

24     A.   Oh, gosh, it's -- Dr. Pirelli send me

25  all the time.



Moller-Foley

1

2      Q.  It's okay. We'll leave a blank in the

3      transcript and ask that it be provided.

4      REQUEST NOTED:

5      A.  They're all recommended by my primary.

6      He has the records so --

7      Q.  Okay.  Did you ever go see a

8      psychiatrist or a psychologist regarding what

9      had happened?

10     A.  No. I don't believe in psychiatrist or

11     psychologist.

12     Q.  Prior to this whole incident with the

13     dog happening, what was your relationship like

14     with Mr. Jaime?

15     A.  I never met him before.  I've been

16     living in that area.  I used to live next door

17     seven years and we live seven years in the

18     other, so I've been twelve -- almost fourteen

19     years in the same area and I never had any

20     problem with any neighbor.  And he move in just

21     a few months, like nine months.

22     Q.  In that nine month period of time did

23     you have any arguments or problems with him?

24     A.  No. I never had any problem. I tried to

25     avoid him for two reasons because I don't know



Moller-Foley

1

2    if I should say this, but he was always --

3    between 10:30 and 11:00 a.m. smoking something

4    that make my stomach upset.  It's not funny.  I

5    don't know what it is.  My son give a name, but

6    I don't have no idea.

7        Q.  Did you think he was smoking something

8    illegal?

9        A.  He is -- he does -- he is and he does

10   and --

11       Q.  Did you ever talk to him about that or

12   ask him to stop?

13       A.  It wasn't my business to tell him not

14   to do that and if you tell those people to

15   stop, you don't know how they're gonna react.

16       Q.  Did you ever report him to anybody,

17   either the landlord or the police?

18       A.  I mention it to the landlord once.

19       Q.  Anybody else besides the landlord?

20       A.  When the baby was born I -- the smell

21   increased.  It was at nighttime and it was

22   daytime.  I have to tell you because his step

23   is here and my windows from the bathroom and my

24   son's bedroom was here, so sitting there in the

25   step and smoking you can --



Moller-Foley

1

2      Q.   So your window's right above the steps?

3      A.   Exactly.

4      Q.   And when you say the baby, you mean Ms.

5   Lawrence's baby?

6      A.   The newborn, yes, the newborn.  I

7   mentioned it to Susan my friend and she said

8   well, you should go and call children's

9   protection and other people also told me my

10  neighbor to the right also was upset because he

11  says he can't even open the windows anymore

12  because the smell of --

13     Q.   Did you ever call Child Protective

14  Services?

15     A.   No, I didn't.

16     Q.   Did you ever call anybody else

17  regarding the smoking after the baby came?

18     A.   No, I didn't.  Not myself, no.

19     Q.   Do you know if anybody did?

20     A.   I hear that some people did, but I'm

21  not sure if they did or not because they say

22  they were going to do.

23     Q.   Do you know if your son ever made any

24  calls or complaints?

25     A.   He might.  I don't know.  I don't know.



<center>Moller-Foley</center>

1

2 That I don't know.

3    Q.  Did your son ever have any type of

4 argument or altercation with Mr. Jaime or

5 Ms. Lawrence?

6    A.  With nobody.

7       MR. COHEN:  I want to go off the

8       record.

9       (Whereupon, an off the record

10       discussion was held.)

11    Q.  At any time after you were released

12 from the precinct, did you ever see any of

13 those same cops that had been in your home

14 again after that?

15    A.  They kept going every time because the

16 lady on the top floor who is the divorced now

17 she used to be married to a cop, so every time

18 she called they were there during the week

19 three times.

20    Q.  Were these the same officers that were

21 in your house on July 14th?

22    A.  Always the same group.

23    Q.  Did they ever come to your part of the

24 house?

25    A.  Yes, they come to my part of the house.

Moller-Foley

1

2    They told me that the woman upstairs was saying

3    that I insulted her. They would say the ones

4    downstairs they say that I was taking their

5    mail.

6         Q.  After you were released from the

7    precinct, the time that you got arrested, how

8    many separate times did these officers come

9    back to your house?

10        A.  Almost every other day.  It was a joke.

11   My neighbors, the one that knows me for more

12   than ten years, they say what is going on

13   Myriam and when I call they never show up or

14   when they did show up three, four hours later

15   to complain about my plant being destroyed or

16   being attacked throwing my plants at me, they

17   pretend to take a report and they told me,

18   well, you can pick up the report tomorrow. I

19   will go to pick up the report and they say oh,

20   well, we don't have it.  It was a neighbor

21   thing so we didn't make a report so --

22        Q.  You told me before that at some point

23   you moved out of 2911 Coddington Avenue, right?

24        A.  We were looking very early on when we

25   saw that things were getting too bad.  We said



Moller-Foley

1

2     that we want to leave -- always we live in nice

3     places.

4         Q.   You eventually moved out of Coddington

5     Avenue, correct?

6         A.   Yes, we did on the 15th of December.

7         Q.   On the 15th of December, 2011?

8         A.   Yes.

9         Q.   On that date did any of those police

10    officers come to your home that day?

11        A.   Yes, the one who handcuffed me and the

12    one who have the dog, he showed up over there

13    very excited that night after several police

14    went with the gun like this going up and call

15    me -- -

16        Q.   On the 15th they came to your house

17    with their guns out?

18        A.   Yes.

19        Q.   Did they knock on your door?

20        A.   No, no. The door is opened. The van of

21    my friend is right there next to the door. I

22    just put the cat in a kennel and I put my

23    German Shepherd Labrador in a kennel.

24             So we went up to retrieve the garbage

25    bag that we have and my plants which I have



1                    Moller-Foley

2    this much of plants like this from wall to wall

3    (indicating).

4           So were taking the plants -- big plants

5    downstairs and I had about five more to go when

6    all of a sudden you see "Hands up.  Hands up.

7    Don't move.  Come downstairs".

8           One group saying we go downstairs or I

9    should go downstairs and the other than keep

10   going up.  So I didn't move.  I stay against the

11   window next to my plant.

12       Q.  This was inside your apartment?

13       A.  Inside my apartment and the guy said --

14   the first officer because there were seven. I

15   count them. They were all with there guns out.

16   The first officer says, "Who is here with you?"

17   I said, "Just my helper" because helper I call

18   the person that we pay them to help me to take

19   the stuff.

20       Q.  This person that was helping you, was

21   this a friend of yours or someone from a

22   company that was helping you?

23       A.  No someone -- Susan my friend

24   recommended me to this fellow who does moving.

25       Q.  What's his name?



Moller-Foley

1

2      A.   Ray -- I don't know his last name.

3      Q.   We'll leave a blank again in the

4    transcript and you can tell your attorney

5    later.

6      A.   Okay.

7    REQUEST NOTED:

8      Q.   So when the officers came in with their

9    guns out, what did they do next?

10     A.   When they got close to me they said,

11   "Who is with you?", insisting many times

12   insisting who is with me.  I said, "It's just

13   me and the person who is helping to move."

14   "Move?  Where you moving?" I said, "I'm moving

15   to Queens, Flushing."

16          "Don't lie to me.  Don't lie to me".  I

17   said, "Officer, I'm not lying.  It's just two

18   people here."  So they went to -- the right was

19   supposed to be my bedroom.  They went to the

20   closet.  They went to the kitchen and I could

21   hear open doors and cabinets everywhere, going

22   downstairs to the part of the basement that it

23   was my part of my apartment and when they come

24   back they didn't have the guns.

25          They were -- their hand back -- put



1              Moller-Foley

2  them back and I'm here surrounded by five new

3  faces and behind them there are the seven that

4  I'm talking about and they were all looking at

5  me and I kept saying to my son, I said what

6  they were looking.  They were saying this to me

7  (indicating).

8      Q.  Did they say anything to you or order

9  you to do anything while they were inside your

10 home?

11     A.  They want me to go downstairs.

12     Q.  Why did they want you to go downstairs?

13     A.  I have no idea because by then they had

14 Raymond downstairs being searched in the street

15 and asking for documents and all kinds of

16 stuff.

17     Q.  Did you ever go downstairs with them?

18     A.  No, I didn't went downstairs.

19     Q.  After you did not go downstairs with

20 them, did they leave or did they do something

21 else?

22     A.  No. They stayed more than an hour there

23 talking between themselves.

24     Q.  After that hour was up, what did they

25 do next?



1                          Moller-Foley

2         A.   Well, the new faces I would call the

3    ones I never saw before, they say, "I'm sorry

4    but we have to follow orders" and I said, "What

5    kind of orders?" and they said, "Well, we got a

6    call from Westchester that it was a shootout

7    here.  One person was dead and other badly

8    injured, so we have to follow the call."

9              And that was said to me by a new

10   officer that I never seen before.  The others

11   one they never said nothing.  The others they

12   looked disappointed.  Let's put it that way.

13        Q.   After they determined that a shooting

14   had not taken place in your apartment, did they

15   leave?

16        A.   Yes, they left.

17        Q.   Did you ever see them again that night?

18        A.   Not that I know, but I recall one told

19   me -- one who was up there he said to me, "What

20   kind of dog you have?" I said, german shepherd

21   lab and he said, "Oh, I saw you when you put it

22   in the van."

23              So to me they were watching early on

24   what was happening and also to me -- I'm not a

25   police person.  I'm no sovereign process but I



Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038 · www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236