

**Animal Care & Control of NYC**

**Manhattan Center**
326 East 110th Street
New York, NY 10029
www.nycacc.org

Receipt Date: 011/06/20 00:00:00.0

Receipt Number: R11-029756

Person Information: MYRIAM MOLLER
2911 CODDINGTON AV PH
BRONX NY 10461
Phone: (718) 319-9819

Received From: MYRIAM MOLLER

Check No:

PID: P802631

| Item: | Animal ID: | Price: | Each: | Amount: |
|---|---|---|---|---|
| S/N DEPOSIT | A900088 | $100.00 | 1 | $100.00 |
| | | Total Fees Due: | | $100.00 |
| | | Payments: Cash: | | $100.00 |
| | | Check: | | $0.00 |
| | | Credit Card: | | $0.00 |
| | | Total Payments Received: | | $100.00 |

Thank You!

Change: $0.00
Balance Due: $0.00

DHARRISO        2011/06/20 17:16:27.38                         Manhattan Cent

12/15/11   06:32AM   Aldel Miller   516-569-0053   p.08