

**Animal Care & Control of NYC**

**Manhattan Center**
326 East 110th Street
New York, NY 10029
www.nycacc.org

Receipt Date: 011/06/19 00:00:00.0

Receipt Number: R11-029708

Person Information: MYRIAM MOLLER
2911 CODDINGTON AV PH
BRONX NY 10461
Phone: (718) 319-9819

Received From:

Check No:

PID: P802631

| Item: | Animal ID: | Price: | Each: | Amount: |
|---|---|---|---|---|
| ADOPTION DOG | A900427 | $65.00 | 1 | $65.00 |
| LICENSE - ALTERED | A900427 | 8.50 | 1 | 8.50 |
| DOXYCYCLINE-TABLET | A900427 | 10.00 | 1 | 10.00 |

Total Fees Due: $83.50
Payments:   Cash: $83.50
Check: $0.00
Credit Card: $0.00
Total Payments Received: $83.50
**Thank You!**
Change: $0.00
Balance Due: $0.00

SGOVAN          2011/06/19 18:48:34.97                                                Manhattan Center