# ADOPTION AGREEMENT
## Animal Care & Control of New York City
### Manhattan Center
326 East 110th Street
New York, NY 10029
www.nycacc.org

Owner ID:   P8(
Animal ID:   A9
Other ID:
Date:   6/1

**ADOPTER:**
MYRIAM MOLLER
2911 CODDINGTON AV. PH
BRONX, NY  10461
(718) 319-9819

**ANIMAL:**
MAX, A MALE, UNNEUTERED, DOG
APROX. 2 YEARS OLD, TAN/GRAY
SILKY TERRIER/MIX WITH NO MARKINGS
SOURCE: STRAY ON 6/11/2011

### VACCINATION RECORD

| DATE | VACCINE/MEDICATION |
|---|---|
| 6/12/2011 | DEWORMING DOG |
| 6/12/2011 | RE-EXAM |
| 6/11/2011 | DA2PP |
| 6/11/2011 | BORDETELLA |

FREE OFFICE VISIT

985 121 009 553 560


### RABIES
| | |
|---|---|
| AC&C NYC TAG NUM: | 11-36489 |
| VACCINATED: | 6/20/2011 |
| BOOSTER DUE: | 6/20/201: |
| PRODUCER: | S / P |
| LOT NUM: | 1062235 |
| EXP DATE: | 6/20/201: |

**MICROCHIP:**
**SPAY/NEUTER:**

1. I agree to adopt an animal (the "Adoption") from Animal Care & Control of New York City ("AC&C"). As a condition to the Adopti o:
   (a) Provide the animal, at my own expense, with all necessary and humane care, including food, fresh water, shelter from extreme temperatures, exercise, training and affection;
   (b) Provide the animal, at my own expense, with proper veterinary care, both on a regular basis and in the event that the animal is injured;
   (c) *To the extent the animal has not been spayed or neutered as of the date of this agreement, return the animal to later than 60 days after the date of this agreement to be altered by a licensed veterinarian . I agree to leave a $1 deposit if the animal leaves unaltered and further understand that if I do not return in 60 days to have the ani spayed/neutered, the deposit will be forfeited. Also, if the payment is made by cash or check, it may take up to four weeks for processing the refund.*
   I understand and agree that the Adoption will not be effective until the alteration of the animal has been completed ; a
   (d) Comply at all times and at my own expense with all applicatble town, city, state and federal license laws.
2. I acknowledge and agree that in the event that I fail to comply with the provisions set forth in paragraph 1 above, I shall immediately return the animal I have adopted to AC&C, without refund, upon AC&C's request.
3. I acknowledge and agree that AC&C makes no representations or warranties as to the health, temperament, habits or background animal I am adopting and that AC&C shall not be responsible for any expenses associated with the animal following the Adoption.
4. I HEARBY WAIVE ANY CLAIMS AGAINST AC&C AND RELEASE AC&C FROM ANY AND ALL LEGAL LIABILITY to me family members for any loss, damage, injury or expense to me or my family members as a result of the Adoption, due to any cause v (including any and all claims based on negligence, product liability, breach of warranty or any other legal theory), accepting for mys responsibility for any and all such losses, damages, injuries or expenses that may result.
5. I understand that AC&C will in no event refund me the cost of the Adoption, but that AC&C may, at its sole discretion, agree to exchange    of the animal within 30 days of the Adoption.
   (a) In the event the adopter's dwelling does not permit pets, AC&C reserves the right to confiscate the animal. I waive any rights or may have to said animal.
6. In entering into this agreement and agreeing to the Adoption, I am not relying upon any oral or written representation of AC&C, and I have received answers from AC&C to any questions I had in connection with the Adoption.
7. This agreement shall be governed by and construed in accordance with the laws of the State of New York.

I HAVE READ AND UNDERSTAND THIS AGREEMENT AND AM AWARE THAT BY SIGNING THIS AGREE
AM WAIVING CERTAIN LEGAL RIGHTS, INCLUDING THE RIGHT TO SUE AC&C.

*Myriam Moller* [signature]    Date: 6-19-11

*Delano Harrison* [signature]