## Animal Care & Control of New York City

Manhattan Center
326 East 110th Street
New York, NY 10029
www.nycacc.org



Owner ID    PS(
Animal ID:  A9(
Date:       6/1

**OWNER:**
MYRIAM MOLLER
2911 CODDINGTON AV. PH
BRONX, NY  10461
(718) 319-9819

**ANIMAL:**
MAX, A MALE, UNNEUTERED, DOG
APROX. 2 YEARS OLD, TAN/GRAY
SILKY TERRIER/MIX WITH NO MARKINGS
SOURCE: STRAY ON 6/11/2011

I have been informed by AC&C staff that the above-described animal has the following condition(s):

Notwithstanding, I agree to assume full responsibility for the animal's care, health and behavior. Animal Care & Control of New York City will not be liable for any medical or behavior problems that may exist or occur.

I also agree to permit an AC&C representative to periodically inspect the animal while in my care.

_____    Delores Harrison    Date
Client's Signature          Print Name

Deloeen Harrison           Delores Harrison     6-19-11
Witness's Signature         Print Name          Date