PetHarbor.com: Animal Shelter adopt a pet

For a shorter link to this pet click here.
Share |



## SUNFLOWER - ID#A900088

I am an unaltered male, tan and gray Silky Terrier mix.

The shelter staff think I am about 2 years old.

I weigh 13 pounds.

I was found in NY 10461.

I have been at the shelter since Jun 11, 2011.

This information is 1 hour old.

For more information about this animal, visit:
Animal Care and Control of New York City - Manhattan
Ask for information about animal ID number: A900088

Back

### Email This Animal's Info to a friend

Your Email:
Friend's Email:
A Message (optional):

It is a violation of this site's policy to enter any email address other than your own as the sender. **Use of this service implies your agreement with this condition.**
If you are sending to an animal rescue group, please check with them before sending. They may already have it.
We reserve the right to ban any user we deem to be using these services irresponsibly.

Email

Powered By www.PetHarbor.com
Problems with this site? Please help us to help you by emailing info@PetHarbor.com
contents copyright © HLP, Inc. 1997-2007.

http://www.petharbor.com/detail.asp?ID=A900088&LOCATION=NWYK&searchtype=L...  6/16/2011