A 900088    p# 80263|

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
Veterinary Public Health Services
Church Street Station, P.O. Box 4768
New York, N.Y. 10277-2004
(212) 676-2100

Name of Establishment: ACTC MS
Permit Number: 170952    Transaction Date 6/19/11

**RECEIPT FOR NEW YORK CITY DOG LICENSE**

☑ Dog License Fee (Spay/Neuter)    $ 8.50
☐ Dog License Fee (Not Spay/Neuter)    $ 11.50

Total Enclosed    $8.50

Breed of Dog: Silky terrier
Colors (Primary & Secondary): Tan - Grey
Sex & Age: M - 2yrs    Name of Dog: Max

Name of Owner: (Last Name) Moller-Foley    (First Name) Myriam
Home Address: 2911 Coddington Ave    Bronx
Apt. No.: P1+    Zip Code: 10461    RECEIVED BY: Delores Harrison

Copies: White--Dog Owner's Copy; Canary--Department of Health (to be attached to license application); Pink--Establishment Copy

*Application for a* **New York City Dog License**
www.nyc.gov/doglicense
Solicitud de Registro para Perros de la Ciudad de Nueva York

[handwritten note at bottom:] ...but applied for another one at the front desk