ATTY



# POLICE DEPARTMENT OF THE CITY OF NEW YORK
## Desk Appearance Ticket

Precinct of Arrest: 045    DAT Serial No.: 2011-869    OLBS Arrest-ID: B11657386/

The People of the State of New York VS.

Defendant Name: Moller Myrian
Defendant Address: 2911 Coddington Ave Bx NY
Age: 61
Date of Birth: 10/20/49

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged: 165.40
County: Bronx    Arraign/Part: DAT    Time: 0900    Date: 10/04/2011
At LOC: 215 East 161 Street, Bronx, NY 10451

### Instructions for Defendant

You must appear at the time and date indicated above, and present this form to the court clerk.

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfeiture.

Additional Instructions: N/A

### Acknowledgement of Defendant:

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature: [signature]    Time: 18:35    Date: 7/14/11

Photographed by: QUIS    Time: 18:10    Date: 7/14/11

FingerPrinted: QUIS
Arresting Officer: QUIS    Shield: 31943    Rank: POM    Tax Reg.: 931903

Squad: 45TH PRECINCT    Command: 045    Agency: NYPD
Address of Agency if not NYPD: N/A

Was cash bail accepted? No    Amount: $0    Date: 7/14/11

Signature Arresting Officer: [signature]    Signature Desk Officer: [signature] 3816