BRONX SUPREME COURT
CRIMINAL DIVISION

2011BX058273

THE PEOPLE OF THE STATE OF NEW YORK

v.

1. MYRIAN MOLLER F/61
   Arrest# B11657386

   Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX

D.3-3rd   P.f M4
12/13/11   J. Adler

JASON JAIME states that on or about July 14, 2011 at approximately 12:18 PM at Front of 2911 Coddington Avenue, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSE OF:
1 (M) P.L. 165.40         Criminal Possession of Stolen Property 5^

IN THAT THE DEFENDANT DID: knowingly possess stolen property, with intent to benefit himself or a person other than an owner thereof or to impede the recovery by an owner thereof.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states that, at the above time and place, a private house, he observed defendant to have inside her residence his dog.

Deponent further states he is the lawful custodian of aforementioned dog the last time he saw his dog was outside the above location June 9, 2011 at approximately 09:30pm.

Deponent further states that he did not give the defendant permission or authority to take or possess said dog.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

10/06/2011 (12:39)                    Jason Jaime
DATE and TIME                          SIGNATURE

002019619