## 50-H HEARING

ORIGINAL

015220

- - - - - - - - - xBLA:2012PI007031

In the Matter of the Claim of

MYRIAM MOLLER-FOLEY,

       Claimant,

    -against-

THE CITY OF NEW YORK and THE NEW YORK CITY

POLICE DEPARTMENT,

     Respondents.

- - - - - - - - - x

         225 Broadway
         New York, New York

         September 7, 2012
         1:15 p.m.

    50-H HEARING of MYRIAM MOLLER-FOLEY, the

Claimant in the above-entitled action, held at

the above time and place, pursuant to Notice,

taken before Michele Camerada, a shorthand

reporter and Notary Public within and for the

State of New York.



```
1

2    A P P E A R A N C E S :

3        IRVING COHEN, ESQ.
                Attorney for Claimant
4               233 Broadway-Suite 2701
                New York, N.Y. 10279
5        BY:  IRVING COHEN, ESQ.,

6

7

         SHAPIRO, BEILLY &  ARONOWITZ, LLP
8               Attorneys for Respondent
                225 Broadway
9               New York, New York 10007
         BY:  DAVID D. MELTZER, ESQ.
10              FILE #  NYC 3007

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    MOLLER-FOLEY

 2   M Y R I A M    M O L L E R-F O L E Y,

 3        the witness herein, having been first duly

 4        sworn by a Notary Public of the State of

 5        New York, was examined and testified as

 6        follows:

 7   EXAMINATION BY

 8   MR. MELTZER:

 9        Q.  State your name for the record,

10   please.

11        A.  Myriam Moller-Foley.

12        Q.  State your address for the record,

13   please.

14        A.  33-57 164th Street, North Flushing,

15   New York 11358.

16        Q.  Good afternoon, Ms. Moller-Foley.

17   My name is David Meltzer, and I represent The

18   City of New York.

19            I will be asking you some questions

20   about an incident that occurred on

21   December 15,2011, and about anything that

22   might have happened while the police were in

23   your residence or you were in custody, and

24   about any court appearances that may have

25   arisen as a result of that incident.
```



Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

```
 1                   MOLLER-FOLEY
 2          If you don't understand any of my
 3   questions, please let me know, and I will
 4   rephrase them for you.  If you would like one
 5   of the questions repeated, the court reporter
 6   is taking down everything I say, so she can
 7   read it back to you from the record, but she
 8   can only take down what you say out loud.  If
 9   you nod, shake your head, or motion with your
10   hands, that cannot be reflected in the
11   record.
12          Do you understand these
13   instructions?
14      A.   Yes.
15      Q.   When did you move from
16   2911 Coddington Avenue to 33-57 164th Street
17   in North Flushing?
18      A.   On December 15, 2011.
19      Q.   Is that the day of the incident?
20      A.   Yes, that was the date of this
21   incident.
22      Q.   What is your date of birth?
23      A.   10-20-49.
24          MR. MELTZER:   In a stipulation
25          entered into between counsel, the
```



```
1                    MOLLER-FOLEY
2           claimant will be providing me with
3           their entire Social Security number,
4           but in the interest of privacy and
5           security, only the last four digits
6           will appear on the transcript of this
7           proceeding.
8       Q.   What is your Social Security number?
9       A.   XXX-XX-3409.
10      Q.   Had you been planning this move
11  before time?
12      A.   We were moving during that week
13  because of the previous problems with some of
14  the tenants.  The case that went to court and
15  was dismissed the day before on December
16  14th, it was dismissed.
17      Q.   What prior problems did you have
18  with the tenants?
19      A.   The tenants accused me of stealing a
20  dog, a dog that was rightfully mine that I
21  adopted from a shelter.
22      Q.   What was the name of the tenant who
23  believed it was their dog?
24      A.   The tenants are Jason, Jaime,
25  J-A-I-M-E, Michele Lawrence, and Arlene Orsi
```



Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

1                    MOLLER-FOLEY

2     O-R-S-I.

3        Q.  When they accused you of stealing

4     their dog, did the police get involved in

5     that claim at all?

6        A.  Yes, they did, and the police went

7     to my house, they took my dog, even though I

8     had the adoption papers on my dining room

9     table, and they said that they were fake

10    papers and they were not real.

11          At that time, they took away my dog

12    from the kennel, and they arrested me and

13    took me to the precinct for nineteen hours

14    and the case was dismissed.  The judge said

15    that this woman adopted this dog from a

16    shelter.  She has all the papers and the

17    letter, I believe.  They contacted, by phone,

18    the manager of the shelter, and the case took

19    two minutes and it was dismissed.

20       Q.  The police involvement for the dog

21    case, when was that?

22       A.  It was July 2nd when it started

23    because Ms. Orsi, she was married, but she is

24    divorced now, she was married to a police

25    officer, and Ms. Orsi would call the cops

1                    MOLLER-FOLEY

2    every five minutes and they would come to my

3    house.

4        Q.   What was the name of Arlene Orsi's

5    husband that was a police officer?

6        A.   Even though he didn't work at a

7    precinct, Ms. Orsi's husband, I believe his

8    name was Matthew.  I am not sure.  I think it

9    was Matthew.

10       Q.   Do you know which precinct or

11   command Matthew Orsi works for?

12       A.   No, I don't.  I think he has been

13   there two or three times.  I saw him through

14   the windows, but I never spoke to him.

15       Q.   On December 15th, were you mostly

16   moved out already?

17       A.   Yes, because in the last three days,

18   we were taking things out.  I had a helper,

19   my son, I had two Mexicans, and another

20   gentleman, Dray(phonetic) that we hired to

21   help us.  On that specific day, December

22   15th, I was only with Mr. Santiago.

23       Q.   What time of the day was it when you

24   first came into contact with The New York

25   City police officers on December 15th?

```
 1                        MOLLER-FOLEY

 2          A.   I would say, any time after 10:30 or

 3     11:00.

 4          Q.   Was this in the morning or at night?

 5          A.   It was night time.

 6          Q.   Did the officers come to the

 7     building or to your apartment?

 8          A.   I'm explaining to you, the trunk was

 9     open.  The last things for me to take were

10     the plants, my pets, and my pots.  The pets,

11     which is my dog and my two cats.  So, we took

12     the kennel inside the van, we brought the

13     cat, then later, we brought the dog.  As soon

14     as I closed the kennel, that was already in

15     the van.

16          Q.   By kennel, do you mean a large cage?

17          A.   Yes, a large cage. As soon as we

18     closed the kennel that was already in the

19     van, we ended up going up to the second floor

20     to check and see, and to retrieve the garbage

21     bag and see if everything was okay.

22               By the time we got to the living

23     room, we saw anywhere from eight to ten

24     police officers with their guns out and

25     shouting, "Don't move, don't move, police"
```

```
1                    MOLLER-FOLEY

2         Q.  Where were the police officers; were

3    they inside or outside?

4         A.  They were outside.  They were coming

5    in and going up the steps.

6         Q.  Were you inside your living room at

7    that time?

8         A.  Yes, in my living room taking down

9    more plants.

10        Q.  You then saw police officers coming

11   up the steps?

12        A.  Yes, with their guns drawn and

13   shouting, "Don't move."

14        Q.  How many officers were there?

15        A.  The ones with the guns out, I

16   counted eight.

17        Q.  Do you know which precinct they were

18   from?

19        A.  The 45th precinct.

20        Q.  When the officers approached you and

21   Mr. Santiago; what did they do?

22        A.  They were rough.  Mr. Santiago was

23   checking the rooms.  I was by myself in the

24   living room.  The officers were asking me,

25   "Who is with you here?"  and I said that it
```

```
 1                    MOLLER-FOLEY
 2    was just me and my helper."  They said,
 3    "Don't lie to us."  I said, "I am not lying.
 4    It is just me and my helper.  Their guns were
 5    still pointed at me.  Three of them were
 6    pointing their guns, and the other ones
 7    motioned to my bedroom.  I could hear them
 8    opening the closets.  Then, they went to the
 9    kitchen, and then all a sudden, I saw them
10    bring Mr. Santiago out and they brought him
11    downstairs to the street.
12         Q.  Did you ask the officers what the
13    reason for their appearance at your apartment
14    was?
15         A.  No, at that moment, they were angry
16    with such intimidation.  I can't remember
17    saying anything.  I just froze having a gun
18    in my face and seven people inside of my
19    house with guns, that's the ones I could see
20    through windows outside.  I didn't know what
21    to do.  If I moved, I thought that they were
22    going to shoot me.
23         Q.  Did you recognize any of the police
24    officers from the dognapping allegation
25    before?
```



```
1                    MOLLER-FOLEY
2         A.   There were three of them.   Three of
3    them.
4         Q.   Do you remember any of these three
5    identical officer's names or shield numbers?
6         A.   One was Quiz(phonetic) like the
7    question, quiz, and Miniduci(phonetic) and
8    the other one, I can still recognize his
9    face, but I dont know the name.
10        Q.   What did the third officer look
11   like?
12        A.   Tall, white.
13        Q.   About how old?
14        A.   About 38 or 40 years old.
15        Q.   What was his build?
16        A.   Husky, 6'2" or at least, 6 feet
17   tall.
18        Q.   So the officers that you recognized
19   were Quiz(phonetic) Miniduci(phonetic) and a
20   tall, white officer?
21        A.   Yes, exactly.
22        Q.   Were all of these officers in
23   uniform?
24        A.   Yes, as a matter of fact, one came
25   over to me and said, "Do you recognize me; do
```

MOLLER-FOLEY

1

2    you know me?"

3        Q.   How long were the officers inside of

4    your apartment for?

5        A.   Forty-five minutes, at least.  They

6    went in every single room.  When they came

7    back, they said nothing, so when they put

8    their guns back in their pocket, just then I

9    said, "What is wrong, officer?".

10       Q.   What did they say?

11       A.   They surrounded me and wanted to

12   come in, and they surrounded me and kept

13   looking in my face.  Straight in my face.

14   You know when you look at something, like, in

15   your glasses, you know the kind of question?

16       Q.   Did they say anything to you?

17       A.   No, they just looked at me, and I

18   said, "What is wrong, why are you here?"

19   They said, "We got a call from Westchester

20   that there was a shootout, and there were bad

21   injuries, and there is one dead person."

22       Q.   They said they got a call from

23   Westchester?

24       A.   Yes. Then I said to them, "That is

25   funny because today with Caller I. D., you



Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

1                     MOLLER-FOLEY

2    can find out who called."

3       Q.   Did you find out anything more about

4    this call from Westchester that they were

5    talking about a shootout?

6       A.   No, because these people that kept

7    accusing me of having the dog, they had

8    restraining orders against me and my son.  We

9    have been asking the police officer about the

10   papers and they gave us a hard time.

11      Q.   How big is 2911 Coddington Avenue;

12   how many units?

13      A.   It is a corner place, they built it

14   in 1920, so the rooms are very big.

15      Q.   How many different units are there?

16      A.   Legally, two, but they rent the

17   basement.

18      Q.   It was you on the top floor;

19   correct?

20      A.   I am on the first floor.  To me,

21   that is the second floor.

22      Q.   Who was beneath you?

23      A.   Lawrence, Hymie(phonetic) and Jaime,

24   and above me, is Arlene Orsi.

25      Q.   Jaime and Lawrence are below you,



MOLLER-FOLEY

1

2    you are in the middle, and Orsi is on the

3    top; correct?

4        A.   Yes.

5        Q.   How long did you live there?

6        A.   **Seven years.**

7        Q.   During those seven years, how long

8    did you have trouble with the upstairs and

9    downstairs neighbors?

10       A.   **Never.**

11       Q.   But you had trouble with the dog;

12    correct?   Was that the first time that you

13    had trouble with them?

14       A.   **No, because these people just moved**

15    **in. Orsi was there fourteen months.   Jason**

16    **and Jaime were there about nine months.**

17       Q.   When did you start having problems

18    with the neighbors?

19       A.   **As soon as they moved.  We never,**

20    **ever had anyone knocking at my door.   No**

21    **police, no neighbors, no one complained about**

22    **us.**

23       Q.   Did you have any incidents with them

24    before they accused you of dognapping?

25       A.   **Arlene Orsi, because she was not**

1                    MOLLER-FOLEY

2    happy, because we were the only tenants that

3    were allowed to use the backyard, the

4    entrance of parking, my son and I have our

5    cars parked. At the beginning, there were two

6    cars parked in 2005 or 2006. We were the

7    only ones that had access to park.

8         Q.  You mentioned that they accused you

9    of stealing their dog.  Did they also bring

10   restraining orders against you?

11        A.  Yes.

12        Q.  How many times?

13        A.  A couple of times.

14            MR. COHEN:  I think that is in

15        connection with the criminal case,

16        the order of protection.

17            THE WITNESS:  Yes, with the

18        criminal case.

19        Q.  Other than the accusations of

20   dognapping and the restraining orders, were

21   there any other unpleasant behavior that

22   happened between Orsi and yourself and your

23   son?  What else did they do?

24        A.  I am a widow for a very long time.

25   I never even asked a neighbor for a cup of

1               MOLLER-FOLEY

2    tea.

3        Q.   What did they do?

4        A.   When we would come in with

5    groceries, they would say nasty things, like,

6    they would say, "Oh, she has it too good.

7    She must be illegal.  She must be doing

8    something if she is not working."

9              Then Orsi said to me when I was

10   near to her, that I was a lesbian.  Then she

11   told me that she was going to make me get out

12   of that place and have me committed.  That

13   was in front of my son.

14       Q.   When the police officers came on

15   December 15th, was Orsi there at that time?

16       A.   In her place above me, yes.

17       Q.   Did you see her there?

18       A.   I can't say, but I can hear her

19   because she come to the phone when they had

20   Mr. Santiago outside.  She said to the

21   officer, "What is wrong, officer?"  They

22   said, "We know that you called us."

23   Mr. Santiago also heard that.  The officer

24   gave me the impression that that call was

25   made by Orsi, which, by the way, we heard



                          MOLLER-FOLEY

1

2    from another attorney, that the district

3    attorney was so fed up because this woman was

4    calling about twenty times a day.

5        Q.   Is it your belief that Ms. Orsi

6    orchestrated the whole thing?

7        A.   Yes.

8        Q.   She is the one that called the

9    police; correct?

10       A.   Yes.

11       Q.   She is the one that said that there

12   was a shootout in your apartment?

13       A.   Yes, exactly.  Is it not my belief,

14   it is in my heart.  I believe it with all my

15   heart.  She wanted some sort of scandal.

16       Q.   She wanted to get you angry?

17       A.   Yes.

18       Q.   And after she called, the officers

19   came to investigate a shootout?

20       A.   Yes.  They went into every cabinet

21   in every room.

22       Q.   During the forty-five minutes that

23   the officers were inside of your apartment,

24   were you standing or were you seated?

25       A.   I was standing, I have a huge window

MOLLER-FOLEY

1

2    that is wall-to-wall, and I was against the

3    window.

4        Q.   Were you in handcuffs?

5        A.   No, that day, they didn't handcuff

6    me.

7        Q.   Were you touched by the officers in

8    any way?

9        A.   No, I was not touched.

10        Q.   After the forty-five minutes that

11    they conducted their search, I assume they

12    didn't find any dead bodies; correct?

13        A.   No.

14        Q.   Did they find any evidence of a

15    shootout there?

16        A.   No.

17        Q.   After the forty-five minutes, what

18    did the officers do after conducting their

19    search?

20        A.   They just left without saying

21    anything.

22        Q.   You were never arrested; correct?

23        A.   No, I was not arrested.

24        Q.   Do you know if Ms. Orsi still lives

25    there?

```
1                    MOLLER-FOLEY

2         A.  Yes, she does.

3         Q.  Was Orsi the only one orchestrating

4     this, or did Jaime and Lawrence do anything

5     as well?

6         A.  Probably, the two of the them too,

7     because usually the three of them were having

8     fun.  They told us many times that they were

9     going make us arrested and put us in jail.

10        Q.  Who told you that?

11        A.  Jaime, Jason, Michele Lawrence and

12    Orsi.  That is all that came out of their

13    mouths, that they were going to put me in

14    jail.  As a matter of fact, Ms. Orsi said one

15    day that she is going to be so nice to me and

16    that she is going to come visit me and bring

17    me some cookies.

18             MR. MELTZER:  I have no further

19        questions.

20             Thank you.

21             (Time noted: 1:35 p.m.)

22

23

24

25
```



```
 1                    MOLLER-FOLEY

 2              A C K N O W L E D G E M E N T

 3

 4      I, MYRIAM MOLLER-FOLEY, hereby certify that

 5   I have read the transcript of my testimony

 6   taken under oath on September 7, 2012, that the

 7   transcript is a true, complete and correct

 8   record of what was asked, answered and said

 9   during my testimony under oath, and that the

10   answers on the record as given by me are true

11   and correct.

12

13                     _____

14                     MYRIAM MOLLER-FOLEY

15

16   Signed and subscribed to

17   before me, this _____ day

18   of _____, _____.

19

20   _____

21   Notary Public

22

23

24

25
```



```
1

2                    C E R T I F I C A T E

3

4          I, MICHELE CAMERADA, a shorthand

5    reporter and Notary Public within and for

6    the State of New York, do hereby certify:

7          That the witness(es) whose testimony

8    is hereinbefore set forth was duly sworn by

9    me, and the foregoing transcript is a true

10   record of the testimony given by such

11   witness(es).

12         I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of this

16   matter.

17

18

19

20

21                    Michele Camerada

22              MICHELE  CAMERADA

23

24

25
```

