ORIGINAL

# 50-H HEARING

015220

- - - - - - - - - xBLA:2012PI007006

In the Matter of the Claim of

REINALDO SANTIAGO,

        Claimant,

     -against-

THE CITY OF NEW YORK and THE NEW YORK CITY

POLICE DEPARTMENT.

       Respondents.

- - - - - - - - - x

           225 Broadway
           New York, New York

           September 7, 2012
           1:45 p.m.


    50-H HEARING of REINALDO SANTIAGO, the

Claimant in the above-entitled action, held at

the above time and place, pursuant to Notice,

taken before Michele Camerada, a shorthand

reporter and Notary Public within and for the

State of New York.



Reporter's Ink, Corp.    90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

```
 1

 2    A P P E A R A N C E S :

 3        IRVING COHEN, ESQ.
                Attorney for Claimant
 4              233 Broadway-Suite 2701
                New York, N.Y. 10279
 5        BY:  IRVING COHEN, ESQ.,

 6

 7

          SHAPIRO, BEILLY &  ARONOWITZ, LLP
 8              Attorneys for Respondent
                225 Broadway
 9              New York, New York 10007
          BY:  DAVID D. MELTZER, ESQ.
10              FILE #  NYC 3006

11

12

13

14

15

16

17

      ALSO PRESENT:
18
          Ms. Myriam Moller-Foley
19

20

21

22

23

24

25
```

```
 1                    SANTIAGO

 2    R E I N A L D O    S A N T I A G O,

 3        the witness herein, having been first duly

 4        sworn by a Notary Public of the State of

 5        New York, was examined and testified as

 6        follows:

 7    EXAMINATION BY

 8    MR. MELTZER:

 9        Q.   State your name for the record,

10    please.

11        A.   Reinaldo Santiago.

12        Q.   State your address for the record,

13    please.

14        A.   780 Dawson Street, Bronx, New York

15    10455.

16        Q.   Good afternoon, Mr. Santiago.  My

17    name is David Meltzer, and I represent The

18    City of New York.

19             For the purpose of this hearing, I

20    will be asking you some questions about an

21    incident that arose on December 15 of last

22    year.  I will be asking you some questions

23    about what happened to you during the period

24    of time that you were detained by officers of

25    The New York City Police Department?
```



1                          SANTIAGO

2              If you don't understand my question,

3     please let me know, and I will reword it or I

4     will rephrase the question for you.  If you

5     would like one of the questions read back to

6     you, the court reporter is taking down

7     everything I say and she can read it back to

8     you from the record.  She is also taking down

9     what you say, but she can only take down what

10    you say out loud.  If you nod, make a motion

11    with your hands or shake your head, it cannot

12    get reflected in the record.

13             Finally, even if you know where my

14    question is going, let me finish the question

15    before you begin to answer it.  The reason

16    for this is  if we are both talking at the

17    same time, it is difficult for the court

18    reporter to keep up with both of us.

19             Do you understand those

20    instructions?

21        A.   Yes.

22        Q.   What is your date of birth?

23        A.   4-25-49.

24             MR. MELTZER:  In a stipulation

25         entered into between counsel, the



```
 1                      SANTIAGO

 2            claimant will be providing me with

 3            their entire Social Security number,

 4            but in the interest of privacy and

 5            security, only the last four digits

 6            will appear on the printed transcript

 7            of this proceeding.

 8       Q.   What is your Social Security number?

 9       A.   XXX-XX-7768.

10       Q.   Have you ever sued The City or The

11   State of New York before this case?

12       A.   No.

13       Q.   Are you currently receiving either

14   Medicaid or Medicare benefits?

15       A.   No, just Social Security.

16       Q.   Are you currently employed?

17       A.   No, I am retired.

18       Q.   What did you do when you were

19   working?

20       A.   Sport fishing.  I didn't do any

21   other duties.

22       Q.   What did you do when you were

23   working?

24       A.   Maintenance.

25       Q.   Back in December of 2011, what
```

<pre>
 1                    SANTIAGO
 2   relationship did you have with Ms. Moller?
 3        A.   By that time, I didn't have any
 4   relationship because one of my coworkers, she
 5   called me and asked if I could do her a
 6   favor, if I could help her move.  I said,
 7   yes.  By that time, I gave her a call and
 8   told her I will help her move out.  We
 9   started on the 13th and it took us about
10   three days to move out.  They rented a truck.
11   They started moving.  At the end, I just came
12   out to help them get the rest of the stuff
13   out.
14        Q.  During the three days that you were
15   helping her move, did you have any
16   conversations with any of the neighbors, that
17   is; with the upstairs or downstairs
18   neighbors?
19        A.   No, not at all.
20        Q.   The next questions I ask are going
21   to be about December 15, 2011.
22             What time did you get to the place
23   to start moving?
24        A.   We started around 12:30 or 1:00,
25   something around there.
</pre>

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



1                              SANTIAGO

2           Q.   What time did the police arrive at

3      the scene?

4           A.   I assume that they came around 10:30

5      to 10:45 p.m., something like that.

6           Q.   Around 10:30 when they started to

7      arrive; where were you?

8           A.   Inside the house trying to get the

9      rest of the other stuff.  By that time, the

10     door was open.  When the police arrived, they

11     yelled from outside, "Nobody move."

12              Then, I looked outside and she was

13     facing the door.  When I came out, they

14     pulled out their guns and pointed their guns

15     at me.  He said, "Don't move" I didn't move,

16     I just raised my hands.  I stayed still

17     because I thought they were going to shoot me

18     or shoot her.

19              Then, they were saying, "We are here

20     because we heard about a shooting."  When

21     they came in, there was nobody there, only me

22     and her.  They asked her, "Where is the

23     body?"  And I said, "What body?  Do not

24     shoot.  There is no crime here.  If you want

25     to search around, search around all you

1                         SANTIAGO

2      want."

3              They held her on the side and they

4      asked her, "Where is the body?" She said,

5      "There is no body here.  There is no dead

6      body here."  They said, "Don't lie to me,

7      don't like to me, because if you lie to me, I

8      am going to arrest you."

9              Then they asked me, "Who else is in

10     the house?"  I said there was nobody else in

11     the house, it's just me and her.  They said,

12     "Can we look around and can you come with us

13     down to the basement?"  There was nothing in

14     the basement.  They looked around and looked

15     around and they didn't see nobody.

16             Then, they came upstairs, and then I

17     looked at her, and when I looked at her, she

18     was stunned.  She couldn't even say words.

19     She was pale.  I thought she was going to

20     drop dead because the police officers with

21     their guns pointed at me and her, it was

22     crazy.  I was going crazy.

23        Q.   Were you handcuffed at all?

24        A.   No.

25        Q.   Did you walk around the apartment at

```
 1                        SANTIAGO
 2   all with the officers?
 3        A.   I walked downstairs to the basement
 4   with them.  When they saw that they
 5   basement--there was nothing, it was
 6   completely empty, we came upstairs.
 7            At the end, they told me, "Let's go
 8   outside."  They ask me for my I. D. I said,
 9   "Why should I give you my I. D.?  Where is
10   the dead body that you were trying to find?
11   Where is the gun that you were trying to
12   find, then I will give you my I. D."
13            One of the police officers, I don't
14   remember his name, I think it was
15   Polanco(phonetic).  He asked me to cool off
16   and to give him my I. D. I said that there is
17   no shooting or dead body here, so what is the
18   whole story?
19            When I gave him my I. D., and then I
20   moved to the side, and they looked at my car,
21   and I had my car full of her stuff.
22            The dog was inside of the van
23   barking, barking, and barking.  They called
24   me back again and asked me for my I. D.
25   again.  I was look for her, but she went
```

1                         SANTIAGO

2      across the street.  She disappeared from me.

3      I was completely blind because seeing the

4      police officer pointing their guns at me, I

5      thought they were going to shoot me.

6          Q.  After you presented your I. D., did

7      the police officers let you go?

8          A.  No.  They wrote down my I. D. number

9      and asked me where I live.  I said, "Right

10     there."  I didn't say any other words.

11              By that time, I was looking for her

12     and saying where is she?  They took my I. D.

13     and they wrote it down to confirm that I was

14     giving them the correct information.

15         Q.  What time did the police officers

16     leave?

17         A.  Around six or eight minutes because

18     they were standing outside, and the lady

19     above, she came out of the window.

20         Q.  How long were the police there,

21     totally?

22         A.  About eight minutes.

23         Q.  In the eight minutes that the police

24     were there, they came into the apartment,

25     looked around, and then you went into the

```
1                          SANTIAGO

2     basement; correct?

3          A.   That was before--that was after they

4     searched.

5          Q.   How long were the police there

6     totally?  They got there at 10:30; when did

7     they leave?

8          A.   I would say, like, a half an hour.

9          Q.   When they left, you weren't

10    arrested; correct?

11         A.   No.

12         Q.   Were you ever handcuffed?

13         A.   No.

14         Q.   Were you ever touched by the

15    officers?

16         A.   No.

17         Q.   When any of this was going on or

18    immediately after, did you see any of the

19    neighbors in the apartment; either Ms. Orsi,

20    Michele Lawrence, Jason, Jaime, or anyone

21    else?

22         A.   No.  The only person I saw was her

23    across the street, and the two police

24    officers, and the lady above, she was out of

25    the window looking down and seeing what is
```

```
1                        SANTIAGO
2     going on.
3            Then, one of the police officers
4     asked her, "Can you come down here because we
5     need to speak to you"?  She said, "No, why
6     should I come down?"  They said, "We are not
7     going to do anything.  We just want to speak
8     to you" She didn't come down.  Everything was
9     okay and they left.
10        Q.  Did you ever hear any of the
11    officers accusing her of causing the
12    shootout?
13        A.  No.
14        Q.  So you did see her looking out the
15    window?
16        A.  Yes.
17            MR. MELTZER:  I have nothing
18       further.
19            Thank you very much.
20            (Time noted: 2 p.m.)
21
22
23
24
25
```

```
 1                      SANTIAGO

 2           A C K N O W L E D G E M E N T

 3

 4      I, REINALDO SANTIAGO, hereby certify that I

 5    have read the transcript of my testimony taken

 6    under oath on September 7, 2012, that the

 7    transcript is a true, complete and correct

 8    record of what was asked, answered and said

 9    during my testimony under oath, and that the

10    answers on the record as given by me are true

11    and correct.

12

13                    _____

14                    REINALDO SANTIAGO

15

16    Signed and subscribed to

17    before me, this _____ day

18    of _____, _____.

19

20    _____

21    Notary Public

22

23

24

25
```



14

1

2                    C E R T I F I C A T E

3

4              I, MICHELE CAMERADA, a shorthand

5        reporter and Notary Public within and for

6        the State of New York, do hereby certify:

7              That the witness(es) whose testimony

8        is hereinbefore set forth was duly sworn by

9        me, and the foregoing transcript is a true

10       record of the testimony given by such

11       witness(es).

12             I further certify that I am not

13       related to any of the parties to this

14       action by blood or marriage, and that I am

15       in no way interested in the outcome of this

16       matter.

17

18

19

20

21                        *Michele Camerada*

22                    MICHELE CAMERADA

23

24

25

